## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 16-21301

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Quiros, Ariel; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Jay Peak GP Services Golf Inc, Registered Agent: Primmer Piper, 150 S Chaplain St, Burlington, VT.**

I, Paul Fantone, do hereby affirm that on the **13th day of April, 2016** at **1:20 pm**, I:

Served Summons & Complaint; Plaintiff SEC's Emergency Motion and Memo of Law for Temporary Restraining Order, Asset Freeze, and Other Relief; Motion for Appointment of Receiver; SEC's Certificate Pursuant to Rule 65(b) of the FRCP; SEC's Motion for Leave to File Ex Parte Motion in Excess of Page Limit; Motion to File Documents Under Seal; Order Granting Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver; Order Granting Plaintiff Securities and Exchange Commission's Motion for Temporary Restraining Order, Asset Freeze, and Other Emergency Relief; Exhibits 1-88 to William Stenger as Managing Agent of Jay Peak GP Services Golf Inc. Service occurred at Jay Peak Resort, Jay, VT.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

Paul Fantone
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2016001943
Ref: MIRO-61007

