UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-21301-GAYLES

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ARIEL QUIROS,
WILLIAM STENGER,
JAY PEAK, INC.,
Q RESORTS, INC.,
JAY PEAK HOTEL SUITES L.P.,
JAY PEAK HOTEL SUITES PHASE II. L.P.,
JAY PEAK MANAGEMENT, INC.,
JAY PEAK PENTHOUSE SUITES, L.P.,
JAY PEAK GP SERVICES, INC.,
JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,
JAY PEAK GP SERVICES GOLF, INC.,
JAY PEAK LODGE AND TOWNHOUSES L.P.,
JAY PEAK GP SERVICES LODGE, INC.,
JAY PEAK HOTEL SUITES STATESIDE L.P.,
JAY PEAK GP SERVICES STATESIDE, INC.,
JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,
AnC BIO VERMONT GP SERVICES, LLC,

      Defendants, and

JAY CONSTRUCTION MANAGEMENT, INC.,
GSI OF DADE COUNTY, INC.,
NORTH EAST CONTRACT SERVICES, INC.,
Q BURKE MOUNTAIN RESORT, LLC,

      Relief Defendants.

_____/

## RECEIVER'S EMERGENCY MOTION FOR
## AUTHORIZATION TO LOAN FUNDS FROM
## RECEIVERSHIP AND/OR RELIEF DEFENDANTS TO
## Q BURKE MOUNTAIN RESORT HOTEL AND CONFERENCE CENTER LP

Michael I. Goldberg (the "Receiver"), in his capacity as the court-appointed Receiver for Defendants, Jay Peak, Inc., Q Resorts, Inc., Jay Peak Hotel Suites L.P., Jay Peak Hotel Suites Phase II, L.P., Jay Peak Management, Inc., Jay Peak Penthouse Suites L.P., Jay Peak GP Services, Inc., Jay Peak Golf and Mountain Suites L.P., Jay Peak GP Services Golf, Inc., Jay Peak Lodge and Townhouses L.P., Jay Peak GP Services Lodge, Inc., Jay Peak Hotel Suites Stateside, L.P., Jay Peak GP Services Stateside, Inc., Jay Peak Biomedical Research Park L.P., and AnC Bio Vermont GP Services, LLC (collectively, "Receivership Defendants") and Relief Defendants Jay Construction Management, Inc. ("JCM"), GS1 of Dade County, Inc. ("GSI"), North East Contract Services, Inc. ("Northeast"), and Q Burke Mountain Resort, LLC ("Q Burke") ("Relief Defendants") files this Motion for Authorization to Loan Funds from One or More Receivership Or Relief Defendants to Q Burke Mountain Resort Hotel and Conference Center LP (the "Motion").

The Receiver seeks authority from the Court to loan up to $750,000 from one or more Receivership or Relief Defendants to Q Burke Mountain Resort Hotel and Conference Center LP ("Q Burke LP") from funds the Receiver holds in trust. The purpose of the loan is to preserve the Q Burke Project (defined below) for the next thirteen (13) weeks so that it can be later operated and/or sold. ***Of critical importance are the funds necessary for insurance on the subject property.*** Preservation of the Q Burke Project benefits not only the creditor / investor victims of that entity, but benefits the Receivership and Relief Defendants creditor / investor victims because their investments were used to improperly fund the Q Burke Project. Absent preservation of the Q Burke Project, both sets of creditor / investor victims will suffer harm.[1]

---

[1] At this time, the Receivership Defendants, Relief Defendants and Q Burke LP are all separate corporate entities. Given the alleged improper transfers and co-mingling of funds and assets, it is possible that these separate entities will later be consolidated in these proceedings. Accordingly, at this point, any receivership assets used to pay Q

## BACKGROUND

### The Complaint

1.      On April 12, 2016, the Securities and Exchange Commission ("SEC") filed a complaint [ECF No. 1] ("Complaint") in the United States District Court for the Southern District of Florida (the "Court") against the Receivership Defendants, the Relief Defendants, William Stenger ("Stenger") and Ariel Quiros ("Quiros" and with the Receivership Defendants, Relief Defendants and Stenger, the "Defendants"), the principal of the Receivership Defendants, alleging that the Defendants violated the Securities Act of 1933 and the Securities Exchange Act of 1934 by making false or materially misleading representations to investors.

2.      On April 13, 2016, the SEC filed an Emergency *Ex Parte Motion* for Temporary Restraining Order, Asset Freeze and Other Relief [ECF No. 4] (the "Asset Freeze Motion").

### The Q Burke Project and Investments From
### Defendants to Fund Q Burke Project

3.      Q Burke Mountain Resort, LLC ("Q Burke LLC") is a Relief Defendant. Q Burke LLC owns Burke 2000, LLC which owns Burke Mountain Operating Company ("BMOC"). *See* Affidavit of Soneet R. Kapila, ¶ 8.

4.      Q Burke LLC was the Resort Owner as defined in the Q Burke LP Private Placement Memorandum. *See* Affidavit of Soneet R. Kapila, ¶ 9 (attached hereto as Exhibit A).

5.      Q Burke LP was formed to raise funds from investors through the EB-5 investment program. *See* Affidavit of Soneet R. Kapila, ¶ 10. Its general partner was Q Burke Mountain Resort GP Services, LLC ("Q Burke GP"). *See Id.* The owners and sole members of Q Burke GP are Quiros and Stenger. *See Id.* Each investor that invested into Q Burke LP was a limited partner. *See Id.*

---

Burke, LP obligations will be treated as a loan and Court authority will be necessary for the relief requested in this Motion.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

6.     On March 11, 2015 Q Burke LP recorded in its books and records, the purchase of certain real property from Q Burke LLC for $2,470,000.00 on which a hotel and other facilities were to be constructed (the "Q Burke Project). *See* Affidavit of Soneet R. Kapila, ¶ 12. Q Burke LLC originally purchased the land for $7 million, which funds were sourced from a prior EB-5 offering by the Defendants. *See Id.*

7.     Thus, investor funds transferred to or on behalf of the Q Burke Entities were similarly tainted to those subject to Quiros' and Stenger's mismanagement of the Receivership Entities, including diverting those funds to projects that they were not pledged to finance and personal use of investor funds by Quiros and/or Stenger.

8.     For example, BMOC regularly received funds from Quiros flowing through the Relief Defendants to fund its operating shortfalls and pay expenses of the Q Burke Project on behalf of Q Burke LP.  *See* Affidavit of Soneet R. Kapila, ¶ 20. As of March 2016, these transfers exceeded $5 million. *Id.*; *see generally* Declaration of Mark Dee[2], ¶ 11 ("Quiros used funds from three projects in this way to benefit himself and related companies, among other things, (a) acquire Jay Peak, (b) pay his and a related entity's taxes; (c) purchase a Trump Tower condominium, located in New York City; and (d) acquire Burke Mountain Resort, LLC ("Burke Mountain Resort"). In total, I documented more than $50 million of investor funds Quiros used in a manner inconsistent with the Sources and Uses of Funds specifically to benefit himself and related companies.").

## **Q Burke Project Funding Needs**

9.     The majority of the construction of the Q Burke Project, including the hotel, was completed in February 2016.  However, the hotel has not been opened to the public.  While the hotel is ready to open, there are no funds available to complete the final steps that precede

---

[2] See Exhibit 30 to D.E. No. 5 – Notice of Filing Exhibits to TRO Motion.

opening or to operate the hotel after it opens. In addition, the Tennis Facility, Aquatic Center, and Mountain Bike Park have yet to be completed.

10. As set forth in Section V of the Temporary Restraining Order [ECF No. 11], which restrains the conduct of the individuals in this action, both Quiros and Stenger are prohibited from participating in the management or administration of any commercial enterprise or project that has issued securities through EB-5. Accordingly, without the expansion of the Receivership, no party may undertake the necessary management and oversight of the property.

11. At this time there are no funds available to complete construction of the above-named facilities and/or to operate the hotel. Absent immediate steps to preserve the Q Burke Project, the assets will start to waste.

12. Northern Vermont, the general location of the Q Burke Project, is currently ending its busy season and entering a slow period. Based on information and budgets currently available, for the next thirteen (13) weeks, the Q Burke Project has funding needs totaling $669,567. These funding needs take into account the fundamental expenses expected during the next 13 week period and are solely to preserve the asset. Those expenses include insurance, payroll for a skeletal staff, utilities, pest control, taxes, etc.. *Of critical importance are the funds necessary for insurance on the subject property*. A budget regarding these funding needs, including line items for insurance for the property, is attached as **Exhibit B**.[3]

13. As a result of their initial and on-going investigations, the Securities and Exchange Commission and Receiver have located accounts, now frozen, that may have funds in Q Burke Entities sufficient to satisfy the initial cash flow needs of the Q Burke Project. If that is

---

[3] While the accounts payable are still being studied, there may be over $1 million of trade payables. Nevertheless, because there are no current operations and the only summer operations are the campground and mountain bikes, the Receiver will seek to defer those payables. In the meantime, there is a total of $60,000 ($5,000 per month) for trade payables in case anything is urgent.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

the case, Receiver will immediately replace and repay any funds loaned as a result of any order granting this Motion. The Receiver is working diligently to confirm the presence and availability of these funds.

### Receivership Order and Motion to Expand Receivership Estate

14.     At present, Q Burke LP is not part of the receivership estate. Contemporaneously with this Motion, the Receiver is filing a motion to expand the receivership estate to, among other things, include Q Burke LP ("Motion to Expand Receivership").

15.     In the Complaint [D.E. 1], the Securities and Exchange Commission alleged that Relief Defendant Q Burke Mountain Resort, LLC is the owner of the Burke Mountain Resort (i.e., the Q Burke Project) and that Quiros improperly used millions of dollars from other projects to fund the purchase of the Q Burke Project. *See* Complaint, ¶ 138. As noted above, based on information available, on March 11, 2015, Q Burke LP recorded in its books and records the purchase of the land on which the hotel was constructed from Q Burke LLC for $2,470,000. Based on information available, the Q Burke Project is owned, therefore, by Q Burke LP.

16.     In the Order Granting Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver [D.E. 13] (the "Receivership Order"), the Receiver has the authority to expend funds necessary to preserve assets and as is reasonable in the discharge of the Receiver's duties. Specifically, the receivership order provides, among other things, as follows:

> 8. Make or authorize such payments and disbursements from the funds and assets taken into control, or thereafter received by the Receiver, and incur, or authorize the incurrence of, such expenses and make, or authorize the making of, such agreements as may be reasonable, necessary, and advisable in discharging the Receiver's duties;

Receivership Order, ¶ 8.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

17.     In the event the Motion to Expand Receivership and this Motion are granted, the Receiver will be in a position and will have the objection to obtain funds and incur expenses necessary to preserve the Q Burke Project, a vital receivership estate asset.

## ARGUMENT

The Court should authorize the Receiver to loan up to $750,000 from the Receivership and/or Relief Defendants to Q Burke LP from funds the Receiver holds in trust so that the Receiver can preserve the Q Burke Project for the benefit of the creditors and investors. Long-standing legal principles give the Court the power to authorize the receiver to borrower and loan money. Such power should be exercised in this Action because it will allow the Receiver to preserve assets that will maximize returns and distributions to creditor/investor victims.

District courts have broad powers and wide discretion to determine relief in an equity receivership. *SEC v. Elliott*, 953 F.2d 1560, 1566 (11th Cir. 1992). It is well-established that courts have power to authorize Receivers to borrow money as well as the authority to pledge the assets of the trust estate as collateral for the loan. *See generally Wallace v. Loomis*, 97 U.S. 146, 162 (1877); 16 Fletcher Cyc. Corp. § 7816 (noting that "the power to authorize a receiver to borrow money carries with it the power to authorize the receiver to pledge the assets of the trust estate as collateral for the loan"). Given the long standing and well-established law on the courts' power to authorize a receiver to borrower and loan money, there should be no dispute that such power to grant such authority exists here.

It is particularly appropriate to authorize a Receiver to borrow or loan money when necessary to preserve assets of a receivership estate. As the United States Supreme Court explicitly stated in *Loomis*,

> The power of a court of equity to appoint managing receivers of such property as a railroad, when taken under its charge as a trust fund for the payment of encumbrances, and to authorize such

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

> receivers to raise money necessary for the preservation and management of the property, and make the same chargeable as a lien thereon for its repayment, cannot, at this day, be seriously disputed. It is a part of that jurisdiction, always exercised by the court, by which it is its duty to protect and preserve the trust funds in its hands.

*Loomis*, 97 U.S. 146 at 162.

The Court should exercise its power in this action and authorize the Receiver to loan up to $750,000 from Receivership and/or Relief Defendants to Q Burke LP from funds the Receiver holds in trust. The funds to be loaned are needed to preserve Q Burke Project for benefit of creditor / investor victims of both Receivership and/or Relief Defendants and Q Burke LP. The loan is not being made merely based on the need of one receivership estate; rather, a loan made to a project (i) the creditor/investor victims of the lending estate have an interest in preserving and (ii) that will ultimately be able to repay the loan (and the preservation of which is critical).

The Receiver is proposing substantial protections regarding the funds. The funds lent will be properly documented, accounted, tracked, and paid back. Additionally, Receivership and/or Relief Defendants would be provided the first priority for monetization of the Q Burke Project.

It is in the best interests of all parties and the investor/victims for the Receiver to borrow from Receivership and/or Relief Defendants as opposed to an independent lender. First, Receivership and/or Relief Defendants have the funds available and Receivership and/or Relief Defendants creditor / investor victims have a substantial interest in preserving Q Burke Project. As detailed above and in the supporting affidavit, the collateral used to purchase and support the Q Burke Project assets were money and assets originally intended to be invested solely in certain entities. Preserving the Q Burke Project maximizes the possibility of a future disbursement back to Receivership and/or Relief Defendants creditor / investor victims. Second, given the

voluminous and highly negative publicity surrounding the Q Burke Project, it is unlikely that an independent lender will give loan without charging exorbitant interest rate.  Currently, the funds are being held in Receivership and/or Relief Defendants trust accounts.  Accordingly, making the loan is a win-win situation for the receivership estates by allowing preservation of a vital asset.

It is been long recognized that receivers, with court authority, have the ability to loan and borrow money, even from other receivership estates.  *See e.g., Amick v. Hotz*, 101 F.2d 311 (8th Cir. 1939).  In June 1934, the Atlantic, Pacific and Gulf Oil Company (the "Atlantic") and the Equity Finance and Investment Corporation (the "Equity") were both in receivership in the same judicial district.  *Id.* at 311-12.  The Court there had entered an order broad enough to enable the receivers to loan and borrow money and to pledge assets of the company as security.  *Id.* at 312.  The Atlantic and the Equity did enter into such loan agreement.  *Id.*  After both entities were later placed into bankruptcy, the trustee of the Atlantic challenged the validity of such loan agreement and argued that it was void.  *Id.*  The Eighth Circuit Court Of Appeals upheld the validity of the loan agreement and, among other things, specifically held that, with court authority, receivers could enter into agreements to loan and borrow money.  *Id.*  Specifically, the appellate court in *Amick* explained:

> A loan and pledge made by a receiver who has been duly authorized by the court to make it will be enforced.
>
> In Byrnes v. Missouri Nat. Bank, supra, 7 F.2d 978, 980, this Court said: 'This court below had the judicial power, after hearing or giving the parties in interest a chance to be heard, to authorize its receiver to borrow money in specific amounts and on specific terms and to secure the repayment of that money by a pledge or mortgage of some or all of the property of the lumber company, subject to prior liens.'

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

*Id.* Similarly, there should not be any dispute in our action that the Receiver has the ability to loan and borrow money, even when two receivership estates are involved. Of course, such actions require court authorization (which is the purpose of this Motion).

The receivership estate assets (and by extension, the creditor / investor victims) will suffer severe waste if the Q Burke Project is not preserved. Northern Vermont can be a severe environment for any structure not properly maintained. Allowing pipes to freeze, rodents to infest, and an parade of other horribles common to New England is not consistent with the Receiver's obligation to preserve receivership estate assets. Only through Court authorization of the ability to borrow funds will the Receiver be able to satisfy this fundament obligation.

**WHEREFORE**, the Receiver requests the Court to authorize the Receiver to make a first priority loan from one or more Receivership and/or Relief Defendants to Q Burke LP based on the terms identified in this Motion and grant such other relief as is just and equitable.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the Receiver has conferred with counsel for the SEC and counsel for Defendants Quiros and Stenger. Counsel for the SEC has no objection to the Motion or the relief sought herein. Counsel for Defendant Stenger has stated that his client does not oppose the Motion. Counsel for Defendant Quiros has been unable to discuss the Motion with his client and, therefore, takes no position on the Motion.

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

## CERTIFICATE OF EMERGENCY

Pursuant to Local Rule 7.1(d), the undersigned hereby certifies that the issues set forth in this Motion constitute a true emergency. The relief sought herein does not arise from any urgency that is the result of the dilatory conduct of the undersigned or the Receiver.

Dated: April 19, 2016

Respectfully submitted,

By: */s Jonathan S. Robbins*
Jonathan S. Robbins, Esq.
Florida Bar No. 989428
Email: jonathan.robbins@akerman.com

**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

-and-

Samual A. Miller, Esq.
Florida Bar No. 034991
Email: samual.miller@akerman.com

**AKERMAN LLP**
420 South Orange Avenue
Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000
Facsimile: (407) 843-6610

*Counsel for Receiver*

## SERVICE LIST

**1:16-cv-21301-DPG Notice will be electronically mailed via CM/ECF to the following:**

Robert K. Levenson, Esq.
Senior Trial Counsel
Florida Bar No. 0089771
Direct Dial: (305) 982-6341
Email: levensonr@sec.gov
almontei@sec.gov, gonzalezlm@sec.gov, jacqmeinv@sec.gov

Christopher E. Martin, Esq.
Senior Trial Counsel
SD Florida Bar No.: A5500747
Direct Dial: (305) 982-6386
Email: martinc@sec.gov
almontei@sec.gov, benitez-perelladaj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:  (305) 536-4154

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-21301-GAYLES

In re:

Securities and Exchange Commission,


              Plaintiff,

v.


Ariel Quiros, William Stenger,
Jay Peak, Inc., Q Resorts, Inc., et. al.

              Defendants.
_____/


### AFFIDAVIT OF SONEET R. KAPILA

STATE OF FLORIDA              )
                              ).ss:
COUNTY OF BROWARD             )

        BEFORE ME, the undersigned authority, personally appeared, **SONEET R.**

**KAPILA,** who after being duly cautioned and sworn, states upon oath and says:

        1.      I am over the age of eighteen, and am a founding partner of the forensic

consulting and insolvency advisory firm of KapilaMukamal, LLP which has been retained

to provide forensic investigation services to Michael Goldberg, the Court-Appointed

Receiver (the "Receiver") of the Corporate Defendants[1] and Relief Defendants[2]

---

[1] As defined D.E. 13 Order Granting Plaintiff Securities and Exchange Commission's Motion for Appointment of
Receiver.
[2] *Id.*

1



(collectively the "Receivership Entities").[3] I am a Certified Public Accountant, a Certified Fraud Examiner, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor.

2.      I have served as a Bankruptcy Trustee, Examiner, Chief Restructuring Officer, S.E.C. Corporate Monitor and Federal and State Court Receiver in numerous matters in the Southern and Middle Districts of Florida.  I hold the designations of Certified Public Accountant, Certified Fraud Examiner, Certified Insolvency and Restructuring Advisor, and am Certified in Financial Forensics. I am a Fellow of the American College of Bankruptcy.

3.      I have served as a Federal Bankruptcy Trustee on the panel of U.S. Bankruptcy Trustees in the Southern District of Florida from approximately 1992 through current time. I have been appointed as a Chapter 11 and Chapter 7 trustee as well as a Liquidating Trustee or other post confirmation fiduciary roles. In this role I have investigated distressed businesses and their failures, financial affairs of bankruptcy debtors, evaluated asset recoveries and claims against third parties. The role routinely includes tracing assets, assessing for possible fraud and successor businesses.  I have investigated frauds, including Ponzi schemes as well as causes of action against management, professionals and under Chapter 5 of the Bankruptcy Code.  My duties have extended to evaluating, bringing and overseeing litigation claims.  Such claims have included tort litigation against professionals and directors and officers.

4.      As a court appointed Examiner, I have reported to the Bankruptcy courts on

---

[3] Receivership Entities includes any subsidiary entities of the Corporate Defendants and Relief Defendants.

**Kapila/Mukamal**

CPAs, Forensic and Insolvency Advisors

issues whose defined scope of the duties is in the Bankruptcy Court's mandate, investigating the conduct of businesses and management and making recommendations to the Bankruptcy Court. As a Federal court approved Corporate Monitor appointed by the SEC, I have operated a public company international business and negotiated its sale to a foreign company, and overseeing the restricting of another healthcare business of multiple entities as an SEC Corporate Monitor.

5.      I have been qualified as an expert dozens of times in federal and state courts regarding Ponzi schemes, insolvency, fraudulent transfers, funds and asset tracing, lost profits, damages, and other subject matters as well as a non-testifying expert in many other cases. A true and correct copy of my Resume and Case Experience is attached hereto as **Exhibit A.**

6.      This affidavit is made based upon my investigation, review, cash flows tracing and analysis of the available books and records of the Receivership Entities and Q Burke Mountain Resort, Hotel and Conference Center, LP ("Q Burke LP") and certain other documents  to date (see ¶ 7). I have been assisted by my professional staff who have worked under my direct supervision.

7.      My investigation incorporated reviewing the available bank statements, investment account statements and general ledgers of the Receivership Entities and Q Burke LP as discussed in the sections that follow. I also reviewed the Declaration of Michael Pieciak dated April 1, 2016 and the related exhibits. I reviewed the Q Burke Mountain Resort, Hotel and Conference Center, LP Private Placement Memorandum and the related bank statements for Q Burke LP. I analyzed an organizational chart of the Q Burke entities obtained from corporate records.   I traced inflows from investors



CPAs, Forensic and Insolvency Advisors

and other sources to determine the flow of funds, to quantify funds received by various parties and to illustrate the transactional flow of funds for specific transactions discussed in the following sections.

### Q Burke Mountain Resort, Hotel and Conference Center, L.P.

8.     Q Burke Mountain Resort, LLC ("Q Burke LLC") is a Relief Defendant. Q Burke LLC owns Burke 2000, LLC which owns Burke Mountain Operating Company ("BMOC").[4] **Exhibit B** is a summary of the ownership structure.

9.     Q Burke LLC is the Resort Owner as defined in the Q Burke Mountain Resort, Hotel and Conference Center, L.P.  Private Placement Memorandum.

10.     Q Burke LP was formed to raise funds from investors through the EB-5 investment program.[5]  Its general partner is Q Burke Mountain Resort GP Services, LLC (Q Burke GP).[6]  The owner and sole member of Q Burke GP is Ariel Quiros.[7] Each investor that invested into Q Burke LP was a limited partner.  As of December 31, 2015 Q Burke LP raised approximately $57.5 million from 115 foreign investors.[8] Each investor invested $500,000 plus an administrative fee up to $50,000.[9]

11.     The Q Burke LP investor funds were collected by Q Burke LP and deposited into Q Burke LP bank accounts.  The investor funds were used to pay construction costs

---

[4] Organizational chart provided by Receivership Entities' management.
[5] Q Burke Mountain Resort, Hotel and Conference Center, L.P.  Private Placement Memorandum
[6] Id.
[7] Organizational chart provided by Receivership Entities' management.
[8] Summary Trial Balance of Q Burke Mountain Resort, Hotel and Conference Center, LP as of December 31, 2015.
[9] Q Burke Mountain Resort, Hotel and Conference Center LP's accounting records indicate that one investor may have only invested $474,855.

4



of the Q Burke Hotel and were also transferred to Relief Defendants including Jay Construction Management, Inc. ("JCM") and North East Contract Services, Inc. ("NECS").

**Q Burke Hotel Land Purchase**

12.     On March 11, 2015 Q Burke LP recorded in its books and records the purchase from Q Burke LLC of the land on which the hotel was constructed for $2,470,000.[10]   Quiros, through Burke 2000, LLC originally purchased the land for $7 million which was sourced from the Biomedical Phase VII offering.[11]

**Q Burke LP's Investor Funds Used as Collateral for Quiros Loan**

13.     Quiros utilized Q Burke LP investor funds as collateral to secure a $15 million line of credit from Citibank that he used to pay personal income taxes and to fund other Quiros related entities.[12]

14.     On March 13, 2015, Q Burke LLC transferred the $2,470,000 million of proceeds from the sale of the land to JCM. (**Exhibit C**).

15.     On March 3, 2015 Q Burke LP wired $2,417,300 to NECS.  On March 11, 2015 NECS made two wire transfers in the amounts of $1,643,560 and $773,440 (totaling $2,417,300) to Q Resorts, LLC ("Q Resorts"), an entity owned by Quiros.  On March 13, 2015 Q Resorts wired $2,417,000 to JCM.  (**Exhibit D**)

---

[10] Although the land appears to have been owned by Burke 2000, LLC, the purchase price for the land was paid to Q Burke Mountain Resorts, LLC. Information obtained from Q Burke LP 2015 general ledger.
[11] SEC v. Ariel Quiros, et. al. Complaint for Injunctive and Other Relief.
[12] SEC v. Ariel Quiros, et. al. Complaint for Injunctive and Other Relief.



Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

16.     JCM comingled the $2,470,000 and $2,417,000, with approximately $10.5 million in other funds it had received from the Biomedical Phase VII offering in its Merrill Lynch No. 3534 account.[13] This comingled money was used to fund a $15 million account at Citibank which was pledged as security for a $15 million personal line of credit of Quiros.[14]

17.     Quiros used the $15 million personal line of credit to make payments including the following:

   a. $6 million for payment of personal income taxes; [15]

   b. $1.5 million for payments to limited partnership investors of prior unrelated EB-5 offerings;[16]

   c. $1.4 million to Jay Peak's operating account,[17] and

   d. $2.1 million in Stateside Construction invoices.[18]

**Q Burke LP Transfer of Investor Funds to Relief Defendants**

18.     Q Burke LP transferred investor funds to the Relief Defendants. The funds were utilized to pay expenses unrelated to Q Burke LP, or were commingled with funds from the Jay Peak Biomedical Research Park, L.P. ("Jay Peak Bio") an EB-5 offering. Specifically, I have traced and identified the following transactions:

   a. On April 14, 2014 Q Burke LP wired $1,213,626 to JCM.  On April 14, 2014 JCM used these funds to pay Dew Construction Corporation for

---

[13] Jay Construction Management, Inc. Merrill Lynch Account No. 3534 March 2015 Statement; SEC v. Ariel Quiros, et. al. Complaint for Injunctive and Other Relief.
[14] SEC v. Ariel Quiros, et. al. Complaint for Injunctive and Other Relief.
[15] Declaration of Michael S. Pieciak dated April 1, 2016 and related exhibits.
[16] *Id.*
[17] *Id*; Jay Peak, Inc. Peoples United Bank Account No. 1736 June 2015 bank statement.
[18] Declaration of Michael S. Pieciak dated April 1, 2016 and related exhibits; Jay Construction Management, Inc. July 2015 Citibank Account No. 4166.



*Kapila/Mukamal*

CPAs, Forensic and Insolvency Advisors

expenses associated with Jay Peak Lodge and Townhouse LP and Jay Peak Hotel Suites. (**Exhibit E**)

b. During the period from October 2013 to June 2015, Q Burke LP transferred an additional $3.4 million to NECS.[19]  These funds were deposited into the NECS bank accounts which were also funded with monies from Jay Peak Biomedical Research Park, L.P.[20]

### Q Burke LP General Partner "Contribution"

19.    The Q Burke LP Private Placement Memorandum states that Q Burke LLC was to contribute $3,155,000 towards the build out of the Q Burke Hotel and Conference Center. Q Burke LP's trial balance as of December 31, 2015 does not reflect this contribution.   The only contribution reflected on the Q Burke LP's financial records from Q Burke LLC as resort owner was a non-cash amount of $1,370,000.[21]  The land that Q Burke LLC sold to Q Burke, LP was allegedly valued at $3,840,000.[22]  Q Burke LP recorded the land purchase on its financial records for $2,470,000 based on a cash payment and the difference of $1,370,000 was recorded as a "contribution" from the resort owner as a book entry.

### BMOC Funds Q Burke Hotel Expenses

---

[19] The total funds transferred from Q Burke Mountain Resort, Hotel and Conference Center, L.P. to North East Contract Services, Inc. totaled $5.8 million. This includes the $2,417,300 discussed in paragraph 15.
[20] Jay Peak Biomedical Research Park, LP general ledger and bank statements.
[21] Q Burke Mountain Resort, Hotel and Conference Center, L.P. 2015 general ledger.
[22] Q Burke Mountain Resort, Hotel and Conference Center, L.P. Private Placement Memorandum.

7



Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

20.     BMOC regularly received funds from the Relief Defendants to fund its operating shortfalls and pay expenses of the Q Burke Hotel on behalf of Q Burke LP as set forth below. As of March 2016, these transfers exceeded $5 million.

      a. BMOC paid expenses of the Q Burke Hotel on behalf of Q Burke LP.  As of December 31, 2015 the amounts paid and outstanding totaled $571,636. The expenses included property taxes, payroll expenses, utilities, insurance, electronic equipment, and hotel/resort operations computer software. (**Exhibit F**).

      b. During 2016, this trend of BMOC funding the expenses of Q Burke Hotel continued.  As of March 26, 2016 the balance due from Q Burke LP to BMOC had increased to $1,060,926.

Although BMOC recorded these transaction as an Intercompany Payable to Q Burke, LLC, often the funds received were actually from the G.S.I. of Dade County, Inc.[23]

---

[23] Burke Mountain Operating Company, LLC general ledgers and bank statements.



Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

FURTHER AFFIANT SAYETH NAUGHT.

_____
SONEET R. KAPILA

STATE OF FLORIDA          )
                          ).ss:
COUNTY OF BROWARD          )

Before me the undersigned personally appeared **SONEET R. KAPILA** being first

fully sworn, and who is personally known to me, who did/did not take an oath, deposes

and says that the foregoing statements contained herein are true and correct.

Dated: _April 19, 2016_



NOTARY PUBLIC

CATHERINE D MURCHISON
PRINT NAME

My commission expires

CATHERINE D. MURCHISON
Commission # FF 899625
Expires August 1, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

9



CPAs, Forensic and Insolvency Advisors

# Exhibit A



# Soneet R. Kapila, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com

**Soneet R. Kapila** is a founding partner of **KapilaMukamal, LLP** [K/M] (formerly Kapila & Company). For over twenty years, he has concentrated his efforts in the areas of consulting in insolvency, fiduciary and creditors' rights matters. Recognized for his acumen as a "business man," he has been appointed in Federal District Court, Bankruptcy Court and Florida State Court and served in the roles of Chief Restructuring Officer, S.E.C. Corporate Monitor, Examiner, Chapter 11 Trustee of Operating Businesses, Liquidating Trustee and Receiver, among others.

## Professional Experience

**Mr. Kapila's** practice is focused on restructuring, creditor's rights, bankruptcy, fiduciary matters and financial transactions litigation. He represents other bankruptcy trustees, debtors and both secured and unsecured creditors in and out of bankruptcy court. He also regularly advises clients about the insolvency implications involved in business transactions and operation of distressed businesses. As a Trustee plaintiff, Mr. Kapila has managed complex litigation in significant cases.

As a fiduciary, he has advised and represented debtors and creditors' committees in formulating, analyzing and negotiating plans of reorganization. Recognized as an expert in fraudulent conveyance, Ponzi Schemes and insolvency issues, Mr. Kapila has provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues and commercial damages. He is a sitting trustee on the panel of U.S. Bankruptcy Trustees (Southern District of Florida) and has served in numerous matters in both the Southern and Middle Districts of Florida.

He has conducted numerous forensic and fraud investigations, and has worked in conjunction with the Securities and Exchange Commission (SEC), Federal Bureau of Investigation (FBI) and the United States Attorney's Office.

## Education / Qualifications

**Certified Public Accountant (CPA) – Florida**

**Certified Insolvency and Restructuring Advisor (CIRA)**

**Certified Fraud Examiner (CFE)**

**Certified in Financial Forensics (CFF)**

**Certified in Bankruptcy Mediation – Training – St. John's University (2014)**

**MBA, Cranfield School of Management Studies, England (1978)**

**Institute of Chartered Accountants in England and Wales – (1974)**

## Areas of Expertise

Bankruptcy and Insolvency
Creditors' Rights
Restructuring
Financial Transactions Litigation
Complex Commercial Litigation

## Roles

Bankruptcy Trustee – Chapter 7, 11
Liquidating Trustee / Plan Administrator
Chief Restructuring Officer
Corporate Monitor / Examiner
Receiver / Assignee
Creditor Agent



## _Soneet_ R. Kapila

### Accomplishments

- Fellow, American College of Bankruptcy – 2013
- Power Leaders in Law and Accounting – South Florida Business Journal – 2015, 2014
- Best Trustee – Daily Business Review's Best of 2012
- Key Partners Award Honoree – South Florida Business Journal – 2010
- Bronze Medal Award – 3rd highest score, Examination of the Association of Insolvency and Restructuring Advisors – 1996

### Speaking Engagements

- American Bankruptcy Institute
- New York Law School
- St. Thomas University Law School
- National Conference of Bankruptcy Judges
- National Association of Bankruptcy Trustees
- Association of Insolvency & Restructuring Advisors
- Bankruptcy Bar Association for the Southern District of Florida
- Central Florida Bankruptcy law Association
- Florida Bankruptcy Bar
- Florida Institute of Certified Public Accountants
- National Business Institute
- Turnaround Management Association
- University of Miami, School of Law
- Florida International University, School of Law
- Stetson College of Law, Insolvency Symposium – Germany
- American Bar Association

### Publications

- "Best Practices in the Treasury Functions of a Chapter 7 Trustee's Office" – American Bankruptcy Trustee Journal (NABT) (Fall, 2015)
- "Fraud and Forensics: Piercing Through The Deception In A Commercial Fraud Case" – American Bankruptcy Institute – 2015
- "Ponzi Schemes: Fiduciaries May Be The Saving Grace", ABI Journal (2014)
- "A Health Care Fraud and Bankruptcy Primer", Southern District of Florida Bankruptcy Bar Association Journal (2014)
- "Hidden Resources in a Small Business"

### Professional Affiliations

- American College of Bankruptcy
- American Institute of Certified Public Accountants
- Florida Institute of Certified Public Accountants
- Association of Insolvency & Restructuring Advisors
- Association of Certified Fraud Examiners
- American Bankruptcy Institute
- National Association of Bankruptcy Trustees

### Civic, Volunteer and Philanthropic (Past and Present)

- ❖ **The Kapila Family Foundation**, Director
  - ❖ Kapila Family Starting Right Program, Nova Southeastern University Mailman Segal Center (NSU-MSC) [Benefitting Autistic Children]
  - ❖ Kapila Family Foundation Student Award, Kapila Family Foundation Scholarship Fund and the Kapila Family Foundation Program Fund [supporting the Kapila Duberstein Miami Law Moot Court Team and UM law students]
  - ❖ Broward Center for the Performing Arts Foundation [benefitting Encore! Building Community through the Arts capital campaign]
- ❖ Member, Board of Directors of American Bankruptcy Institute - 2016
- ❖ Chairperson, American Bankruptcy Institute Southeast Regional Conference - 2016
- ❖ Advisory Board – American Bankruptcy Institute, Southeast Regional Conference (2012-2014) and co-Chair 2015
- ❖ Association of Insolvency and Restructuring Advisors – Past chairman and Past President
- ❖ Association of Insolvency & Restructuring Advisors – Board of Directors
- ❖ Lecturer to various groups on insolvency and litigation related topics
- ❖ Member, Grievances Committee of The Florida Bar
- ❖ Member of the Board of Directors, Hialeah-Miami Springs – Northwest Dade Chamber of Commerce
- ❖ Chairman – Litigation Support Services Committee of the National Training and Experience Sharing Program of The American Group of CPA Firms
- ❖ Practice Review Committee – FICPA
- ❖ Bankers Cooperation Committee – Connecticut Society of CPA's

### Representative Clients

City of Detroit, Michigan – Financial Advisors to Fee Examiner
SMF Energy Corporation – CRO, Liquidating Trustee
Fontainebleau Las Vegas, LLC – Chapter 7 Trustee
Universal Health Care Group, LLC / American Managed Care, Inc. – Chapter 11 Trustee / Liquidating Trustee
Simply Fashion Stores, LLC – Chief Restructuring Officer
Spear & Jackson, Inc – Corporate Monitor – SEC Appointment
Pan American Hospital – Examiner / Plan Administrator
Louis J. Pearlman & TransContinental Airlines, et al – Chapter 11 Trustee / Liquidating Trustee
Levitt & Sons – Chief Administrator
Planet Hollywood International, Inc. – Examiner
Banco Latino International – Financial Consultants to Official Committee of Unsecured Creditors
Southeast Bank Corp – Financial Advisors to Chapter 7 Trustee
Innovida Holdings, LLC et al and Claudio Osorio – Ch 7 Trustee
Prime Capital Corporation – Chapter 7 Trustee
GunnAllen Financial, Inc.–Chapter 11 Examiner/ Liquidating Trustee



**Soneet R. Kapila**
*Case Experience - 1985 to Present*

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| 19th Hole Discount Golf, Inc. | 1997 | Expert - Business valuation | T | Retail | Robert Furr, Esq. Furr and Cohen, P.A. |
| ABC Cellular Services, Inc. | | Examiner | X | Wireless communication business | Phillip M. Hudson, III, Esq. Arnstein & Lehr, LLP |
| Abel & Seiden vs. Keitel vs. Nutter | 1999 | Expert - damages - lost profits | T | Fast food franchise | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Advanced Telecommunication Network, Inc. vs. Daniel W. Allen and David D. Allen | 2004 | Expert - solvency | D, T | Telecommunications | Phillip M. Hudson, III, Esq. Arnstein & Lehr, LLP |
| Alternative Services, Inc. | 1994 | Chapter 11 Trustee | | Developmentally disabled group homes | Paul Battista, Esq. Genovese, Joblove & Battista |
| Amazing Flooring Sources, Inc. | 2014 | Expert Solvency; Equivalent Value | D | Flooring | James B. Miller, Esq. |
| Frank A. Amelung, Jr. & Eugenia Marie Amelung Michael R. Bakst, Trustee vs. Robert J. Probst | 1997 | Accountants to the Trustee | D | | Michael R. Bakst, Esq. Ruden, McClosky |
| American Ammunition, F&F Equipment, Inc. & Industrial Plating Enterprises Co. | 2009 | Examiner | X | Small arms ammunition manufacturer | |
| American Fiber Optics | 1995 | Accountants for Trustee - insolvency, preference & fraudulent transfer analysis | | Fiber optics | Robert Furr, Esq. Furr & Cohen, P.A. |
| American Way Services Corp. | 1997 | Expert - insolvency | T | Credit life insurance | Herbert Stettin, Esq./Herb Stettin, P.A. Paul Battista, Esq/Genovese, Joblove & Battista |
| Amoco Oil Company | 1997 | Expert - investigate conduct of corporate management & business, preferences & fraudulent transfers, profitability of business | D/T | Gas stations & franchise | Ron Peterson, Esq./Jenner & Block Craig Rasile, Esq./Holland & Knight |
| APL Corporation | 1993 | Expert - conduct of business. Accountant/Financial Advisor to Committee of Unsecured Creditors | T | Manufacturing | Steve Busey, Esq. Smith, Hulsey, Busey |
| A.R.E. & Overseas, Inc. | 1993 | Chapter 11 Trustee | | Aviation services | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Atlas Environmental, Inc. | 1998 | Chapter 11 Trustee | | Waste management | Steven B. Soll, Esq. Otterbourg, Steindler, Houston & Rosen |
| ATM Financial Services, LLC | 2008 | Chapter 7 Trustee | D | Insolvency/PONZI scheme | Patrick Scott, Esq. Gray Robinson |
| Banco Latino International | 1994 | Accountant/Financial Advisor to Committee of Unsecured Creditors | | Banking | John Genoovese, Esq. Genovese, Joblove & Battista |
| Bankest Capital Corporation | 2004 | Chapter 7 Trustee | D/T | Factoring | Kenneth Robinson, Esq. Rice Pugatch Robinson & Schiller |
| Barfield vs. Burns | 1997 | Expert - contractual dispute/damages | D/T | Real estate | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |



| | | **Soneet R. Kapila**<br>**Case Experience - 1985 to Present** | | | |
|---|---|---|---|---|---|
| **Case Name** | **Approximate Date** | **Role/Testimony** | **Deposition / Trial / Other** | **Industry** | **Attorney / Contact Firm Name** |
| Bayside Ventures I, LLC, et al. - Soneet Kapila as Plan Administrator vs. Bank One, N.A., Morgan Chase Bank, N.A. & Chase Home Finance, LLC | 2008 | Plan Administrator | D | Investment venture | Monique Hayes, Esq.<br>Genovese Joblove & Battista |
| Beal Bank - Americare Retirement Facilities | 1997 | Financial analysis, plan feasibility, character of income (Judge James D. Gregg) | T | Health care/ALF | James Paul, Esq.<br>Haley Sinagra Paul & Toland |
| Belvedere Construction Company | 1992 | Chapter 11 Trustee | | Construction | David Profilet, Esq.<br>Profilet & Associates |
| Bobby Allison, Inc.<br>Bobby Allison Wireless Corp, Inc. | 2003 | Chapter 11/7 Trustee | | Wireless retail stores | Arthur J. Spector, Esq.<br>Berger Singerman |
| Bray & Gillespie Management, LLC, et al. - surcharge motion | 2010 | Creditor Agent | T | Hospitality | D. Christopher Carson, Esq.<br>Denise Dell-Powell, Esq.<br>Burr & Forman, LLP |
| Bray & Gillespie Management, LLC, et al. - motion to remove | 2010 | Creditor Agent | T | Hospitality | D. Christopher Carson, Esq.<br>Denise Dell-Powell, Esq.<br>Burr & Forman, LLP |
| Broward County Archeological Society | 2004 | Chapter 11/7 Trustee | | Museum | Michael R. Bakst, Esq.<br>Ruden McClosky |
| CAC Aggregates vs. Comyns | 2000 | Expert - lost opportunity damages | D/T | Quarry | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Calumet/Bayshore Apartments | 1995 | State Court Receiver | | Hospitality/Condominium hotel | Patrick Scott, Esq.<br>Gray Robinson |
| Calvert Property/Key Largo Limited Partnership | 1996 | Expert - feasibility of Plan of Reorganization | D/T | Hospitality | Patricia Redmond, Esq.<br>Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Calves vs. Lennar Homes, et al. | 2001 | Damages from accident/lost profits | D/T | Construction - ground work | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Caribbean Fuels America, Inc.<br>Caribbean Line vs. Drew M. Dillworth | 2015 | Expert - Insolvency | T | Fuel Brokers | James B. Miller, Esq. |
| Carpet - Tile Outlet | 1996 | State Court Receiver | | Floor covering | Patrick Scott, Esq.<br>Gray Robinson |
| Cascade International, Inc., et al., Kenneth A. Welt, Trustee v. Gunster, Yoakley & Stewart | 1995 | Expert - valuation of business and insolvency. | D | Retail | Dennis Waggoner, Esq.<br>Hill, Ward & Henderson |
| Cash Today USA, Inc. | 2005 | Expert - Ponzi/advance pay fraud | T | Advance pay scheme | Jeffrey Kay, AUSA<br>U.S. Attorney's Office |
| Caulkins Indiantown Citrus Company | 1999 | Expert - damages - lost profits | D/T | Orange groves | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Central Cellular Services, Inc. | 1997 | Examiner - Investigate conduct of business and management | X | Wireless telecommunications | Jose Loredo, Esq.<br>Carlton Fields |



| | | Soneet R. Kapila | | | |
|---|---|---|---|---|---|
| | | Case Experience - 1985 to Present | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Certified, Inc. Kapila v. Thomas J. McNamara, Inc. | 2012 | Expert - Ponzi/Insolvency | D | Commodities | Carlos E. Sardi, Esq. Genovese, Joblove & Battista |
| Cheryl's Day Care Center, Inc. | 1995 | Chapter 11 Trustee | | Day care | Paul Battista, Esq. Genovese, Joblove & Battista |
| Clybon Corporation | 1993 | State Court Receiver | | Real estate | Patrick Scott, Esq. Gray Robinson |
| CLSF III IV, Inc. et. al | 2013 | Expert - Substantive Consolidation | T | Life Settlements | Leslie Gern Cloyd, Esq. Berger Singerman |
| Columbia Healthcare Partners, I-A, L.P. Valley View Nursing Home | 1996 | Expert - conduct of Debtor's management, financila analysis & insider transactions (Judge Paine, Middle District of Tennessee) | T | Health care/nursing home | Peyton Inge/Amresco Management, Inc. James Kelley, Esq./Neal & Harwell |
| Comcoa, Ltd. | 1995 | Accountants to the SEC Receiver Securities fraud/asset investigation | | Wireless telecommunications | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Community Environment, Inc. | 1997 | Examiner - Investigate conduct of business and management | X | Developmentally disabled group homes | Allison Maggiolo, Esq. Wyatt, Tarrant & Combs |
| Consolidated Yacht Corporation | 2004 | Evaluation of settlement | | Yachts/boating | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| Continuum Care Corporation | 2005 | Chapter 11 Trustee | | Healthcare | Scott L. Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| County Collection Services, Inc. | 1996 | State Court Receiver | | Collection | Craig Eller, Esq. Gunster, Yoakley, Valdes-Fauli & Stewart |
| Soneet R. Kapila, as Trustee, Charles R. Covino and Dorothy J. Covino, Debtors | 1995 | Expert - proof of insolvency | T | | Michael R. Bakst, Esq. Ruden, McClosky |
| Data Lease | 1992 | Chapter 7 Trustee | D | Holding company | David Profilet, Esq. Profilet & Associates |
| Marion Davidson vs. Ortho-McNeil Pharmaceutical, Inc. | 2006 | Expert - damages/valuation | D | | Todd Falzone, Esq./Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Dean Kretschmar, David Von Allmen, et al. vs. Bank of America, N.A., et al. Don Beverly, et al. vs. Bank of America, N.A., et al. | 2015 | Expert - Ponzi | D | Ponzi, Fraud | Gail McQuilkin, Esq. Kozyak, Tropin & Throckmorton William Scherer, Esq. Conrad & Scherer |
| Dedicated Resources, Inc. Dedicated Trustees, Inc. | 2002 | Examiner | X | Viaticals | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Denison Marine, Inc. | 1993 | Examiner; testified regarding conduct of business | X | Marine/boat builder | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Design Guild, Inv. Vs. Ashoka Enterprises, et al. | 1987 | Expert - contractual dispute - damages | T | Design | |



| | | Soneet R. Kapila | | | |
| | | Case Experience - 1985 to Present | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Dolphin Shoe | 1995 | Consulting to assist in formulating business plan | | Soft goods | Rudolfo Pittaluga, Esq. Deloitte Financial Advisory Services, LLP |
| Domino Investments, Inc. | 1985 | Expert - preferences, fraudulent transfers, insolvency | D/T | | Patrick Scott, Esq. Gray Robinson |
| Alberto Duque & Domino Investments, Inc. | 1986 | Special Accountants to the Bankruptcy Trustee Expert - insolvency | D/T | | Patrick Scott, Esq. Gray Robinson |
| Eagle Building Technologies/ Fleming Manufacturing, Inc. | 2005 | Examiner | X | Heavy machinery for the manufacture of concrete masonry products | |
| Geoffrey W. Edelsten | 2014 | Chapter 7 Trustee - Rule 9019 Motion | D | Individual | Patricia Redmond, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Empire Tile & Marble | 2002 | Chapter 11 Trustee | | Floor covering | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| Ulrich Engler - Robert E. Tardif, Trustee vs. Fidelity National Financial, Inc. | 2009 | Expert - Ponzi/Insolvency | D | | Robert E. Tardif, Jr., Trustee Robert F. Elgidely, Esq. Genovese, Joblove & Battista |
| Ulrich Engler - Robert E. Tardif, Trustee vs. Friedrich Herrling | 2012 | Expert - Ponzi/Insolvency | T | | Robert E. Tardif, Jr., Trustee Robert F. Elgidely, Esq. Genovese, Joblove & Battista |
| Excalibur, Inc. | 1994 | Chapter 11 Trustee | | Marine | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Femri International | 1995 | Consulting to assist in formulating business plan | | Catering equipment | Patricia Redmond, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Fiddler's Creek, LLC | 2010 | Expert | T | Golf course/country club | Paul Battista, Esq. Genovese, Joblove & Battista |
| Financial Federated Title & Trust, Inc. a/k/a Asset Security Corp., a/k/a Viatical Asset Recovery Corp., a/k/a Quad B Ltd., a/k/a American Beneifts Servics, Inc. - Various adversaries | 2001 | Preferences, fraudulent transfers, insolvency | D/T | Viaticals/ponzi | John W. Kozyak, Trustee Kozyak, Tropin & Throckmorton |
| First American Bank vs. Marvin and Marian Penalba | 1994 | Expert for bank - business valuation | T | | Julianne R. Frank, Esq. Julianne R. Frank, P.A. |
| First American Railway, Morris Berger, Trustee Berger vs. Adorno Zeder | 2001 | Expert - business valuation | D | Tourism/railway | Kenneth Robinson, Esq. Rice Pugatch Robinson & Schiller |
| Fontainebleau Las Vegas, LLC | 2014 | Chapter 7 Trustee - Rule 9019 Motion, D&O Settlement | D/T | Hospitality | Russ Blain, Esq. Paul Battista, Esq. |
| Anne C. Friedman, Debtor | 2001 | Expert - damages - compute lost income of trust from erosion of corpus | T | | Daniel Bakst, Esq. Adorno & Yoss |


Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

| | | | | | |
|---|---|---|---|---|---|
| | ***Soneet R. Kapila*** *Case Experience - 1985 to Present* | | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Fundamental Long Term Care, Inc. | 2014 | Expert - Successor business, fraud, corporate formalities | D/T | Healthcare | Steven Berman, Esq. Shumaker, Loop & Kendrick |
| Ivonne Aurea Garcia, Debtor | 2013 | Expert - Plan Confirmation / Feasibility | T | Individual | Richard R. Robles, Esq. Law Office of Richard R. Robles, PA |
| Gateway Investments Corporation | 1992 | Chapter 11 trustee | T | Real estate rental | John Genoevese, Esq. Genovese, Joblove & Battista |
| General Coffee Corporation a/k/a Chase & Sanborn Corporation | 1985 | Preferences, fraudulent transfers tax matters, insolvency | D/T | Coffee importer/distributor | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Mark J. Ginsburg | 2010 | Court's Expert - conduct of business | X | | Chad Pugatch, Esq. Rice Pugatch Robinson & Schiller |
| Goodings Supermarkets, Inc. | 2010 | Expert - confirmation/feasibility of plan | D/T | Grocery store chain | Henry Wulf, Esq. Carlton Fields |
| Joan Grande/Hose McCann | 2003 | Business valuation | D/T | Divorce | Henry B. Handler, Esq. Weiss & Handler, P.A. |
| Graphic Dynamics, Inc. | 1993 | Accountants to the Bankruptcy Trustee | | Printing | Kenneth Welt, Trustee |
| GunnAllen Financial, Inc. | 2013 | Liquidating Agent in a FINRA Arbitration | | | Robert V. Cornish, Jr. Dilworth Paxson LLP |
| Soneet R. Kapila, Trustee in Bankruptcy for Stephen B. Gray & Kathleen D. Gray vs. Stephen B. Gray, Kathellen D. Gray & Odis McKinney | 1996 | Chapter 7 Trustee - expert - insolvency analysis, valuation | T | | Michael R. Bakst, Esq. Ruden, McClosky |
| Great American Farms & Interamerican Farms, LC vs. Proyecto 7 S.A., Milford International, Luis Ortega Flores and Jorge Ortega Flores | 1999 | Expert - lost profits damages | D/T | Farm | Andy Hellinger, Esq. Mishan, Sloto, Greenberg & Hellinger |
| Greenwich Insurance Services, Inc. | 1990 | State Court Receiver | | Insurance agency | John Genoevese, Esq. Genovese, Joblove & Battista |
| G-Site Associates | 1996 | Accountants/financial advisors to Committee of Unsecured Creditors. Expert - insolvency & funds tracing. Post-confirmation President to implement Plan. | D | Real estate construction | Alan Krinzman, Esq. Adorno & Yoss |
| Guiseppe America, Inc. v. Jan Bell Marketing | 1999 | Expert - lost profits damages | D/T | Jewelry manufacturing | Jeffrey D. Feldman, Esq. Feldman, Gale & Weber |
| Halpern et al. v. Retirement Builders | 1985 | Expert - contractual damages | D | Real estate | Manny Garcia, Esq. Abrams Anton |
| Haulover Resort Marina | 1995 | Chapter 11 Trustee | | Marina | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| BT/SAP Pool C Associates L.P. vs. High Point General Partnership et al. | 1996 | State Court Receiver | | Health care/substance & alcohol abuse facility | Peter Levitt, Esq. Gunster, Yoakley, Valdes-Fauli & Stewart |
| Home & Housing of Dade, Inc. | 1994 | Chapter 11 Trustee | T | Low income housing | Paul Battista, Esq. Genovese, Joblove & Battista |



### Soneet R. Kapila
#### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Hussh, Inc. | 1992 | Expert - preference & fraudulent conveyance law suits | T | | Martin Sander, Esq. Sandler & Sandler |
| International Air Leases, Inc. | 1996 | Exposure anlaysis, fraudulent transfers & preference recoveries; Expert insolvency | D | Aviation | Scott Baena, Esq. Blizin Sumberg Baena Price & Axelrod |
| International Capital Management | 1998 | Accountant to SEC Receiver; funds tracing/co-mingling | T | PONZI, securities fraud, foreign exchange currency | Craig Rasile, Esq. Holland & Knight |
| International Capital Management vs. Jose Santiago/MBA | 1998 | Expert ponzi scheme and insolvency | D | PONZI, securities fraud, foreign exchange currency | Craig Rasile, Esq. Holland & Knight |
| International Management Associates | 2001 | Expert - insolvency | T | | Paul Battista, Esq. Genovese, Joblove & Battista |
| Isil v. Gardens Anesthesiology, P.A., et al. | 1993 | Expert testimony - valuation | T | Health care | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| C. Itoh v. Nordberg, Chase & Sanborn | 1995 | Fact witness | D | Coffee importer | Michael Pappone, Esq. Goodwin Procter |
| Jerk Machine, Inc. vs. Ruden, McClosky, Smith, Schuster & russell, P.A. and Robert C. Brighton, Jr., individually | 2010 | Expert - Business Damages | D | Restaurant | Joel L. Shulman, Esq. Greenspoon Marder, P.A. |
| Joran Realty NY Corp. | 2006 | Chapter 11 Examiner | X | | Brian Behar, Esq. Behar, Gutt & Glazer |
| Junction Financial Corporation/U.S. Ostrich Corporation | 1994 | Chapter 11 Trustee | | Securities fraud | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Kaplan International, Inc. | 1995 | State Court Receiver | | Meat purveyor | Marte Singerman, Esq. Tabas, Singerman & Freedman |
| Keitel v. Wendy's International, Inc. | 1997 | Expert - damages | E/D | Fast food franchise | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| King No. 16, et al. | 1992 | Examiner; testified regarding business conduct | X/T | Fast food franchise | Scott Baena, Esq. Blizin Sumberg Baena Price & Axelrod |
| Kleinman Trust v. Howard Rosenberg | 2001 | Expert - partnership allocations | D/T | Real estate | Kenneth R. Hartmann, Esq. Kozyak, Tropin & Throckmorton |
| Krypton Broadcasting Corporation | 1993 | Examiner, disbursing agent | X | Broadcast communications | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| L. Luria & Sons, Inc. vs. Citizens Watch of America, Inc. | 1999 | Expert - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq. Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. vs. Ilia Lekach | 1998 | Expert - insolvency analysis - testified at deposition, insolvency expert, ordinary course analysis | E/D | Jewelry/general merchandise | David P. Lemoi, Esq. Genovese, Joblove & Battista |
| L. Luria & Son., Inc. vs. M. Fabrikant & Sons, Inc. | 1999 | Expert - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq. Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. vs. Tepito Electronics, Inc. | 1998 | Expert - ordinary course, new value defense analysis | | Electronics | David P. Lemoi, Esq. Genovese, Joblove & Battista |



| | | | | | |
|---|---|---|---|---|---|
| | | ***Soneet R. Kapila*** | | | |
| | | ***Case Experience - 1985 to Present*** | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Lancer Offshore, Inc./The Omnifund, Ltd. | 2008 | Expert - class action certification | D/T | Hedge funds | David Milian, Esq. Kozyak, Tropin & Throckmorton |
| Lancer Partners, LP/Lancer Offshore, Inc. | 2008 | Expert - asset tracing | T | Hedge funds | Securities & Exchange Commission |
| Lancer Partners, LP vs. Grayhawk Capital Adviors, LLC | 2008 | Expert - insolvency/valuation | D | Hedge funds | Craig V. Rasile, Esq. Hunton & Williams |
| LaSalle Bank National Association v. Martin Epstein | 2001 | Expert - damages | D | Lending | William Zeena, Jr., Esq. Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| Neil & Gail Levin/Harry & Marian Epstein vs. Commissioner of Internal Revenue | | Expert | T | | |
| Liberty Property Limited Partnership vs. The Panda Project, Delta Capital Services, Jewlett-Packard Company, Ikon Office Solutions & Helix (PEI, Inc.) | 1999 | Expert witness - solvency analysis | D | Commercial property | Jeff J. Mazor J.R. Mazor & Associates |
| LP Watch Group, Inc. et al. Watchco Liquidating, Inc. f/k/a LP Watch Group, Inc.; CWLG, LLC, f/k/a Charles Winston Luxury Group, LLC; and A.G. INC., vs. Arnstein & Lehr, LLP | 2016 | Expert - Damages | D | Jewelry/ Watch | Lou Mrachek, Esq. Alan Rose, Esq. |
| The Loxcreen Company, Inc. vs. Designed Windows, Inc. | 1996 | Expert testimony - lost profits damages | T | Manufacturers | Michael R. Bakst, Esq. Ruden, McClosky |
| Dipnarine Maharaj, M.D. v. Tenet Healthcare | 2004 | Expert - damages breach of contract | D, T | Health care | Lash & Goldberg |
| Robert C. Malt & Co. | 1996 | Examiner - construction bankruptcy matters | X | Construction | Robert Furr, Esq. Furr and Cohen, P.A. |
| Marbledge Group, Inc. | 1996 | Examiner - conduct of business | X | Marble/construction | Paul J. Battista, Esq. Genovese, Joblove & Battista |
| Peter Johnson and Nicolas Johnson vs. Mastec, Inc., Jose Mas, Bob Apple, and Pablo Alvarez | 2012 | Expert - damages | D | Utility/powerlines | Gail McQuilkin, Esq. Kozyak, Tropin & Throckmorton |
| Med/Waste, Inc. | 2002 | Receiver | | Medical waste management | Arthur Rice, Esq. Rice Pugatch Robinson & Schiller |
| Metropolitan Life Insurance Company | | Expert - tracing of funds & lender liability | | Insurance Company | John Hart, Esq./Carlton Fields Max Kunin, Esq./Metropolitan Life Insurance Company Robert Golstein, Esq.,/Metropolitan Life Insurance Company |
| MHP Group One, L.C. | 2003 | Chapter 11 Trustee | | Mobile home park | Alan J. Perlman, Esq. Adorno & Yoss |



| | | | | | |
|---|---|---|---|---|---|
| **Soneet R. Kapila** | | | | | |
| **Case Experience – 1985 to Present** | | | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Michigan National Bank | 1997 | Debt discharge reporting by financial entity | T | Tax | Patrick Barry, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Ron Morris | 1996 | Chapter 11 Trustee | T | | Robert Furr, Esq. Furr and Cohen, P.A. |
| National Fisheries | 2002 | Assignee - assignment for benefit of creditors | | Seafood processing/distributor | Jerry Markowitz, Esq. Markowitz, Davis, Trusty + Hartog, P.A. |
| National Store Fixture & Display Co. vs. J.R. Wire & Metal Specialty, Ltd. | 2001 | Expert - new value/ordinary course | D | | Chad P. Pugatch, Esq. Rice, Pugatch, Robinson & Schiller |
| Naturally Beautiful Nails, Inc. vs. Wal-Mart Stores, Inc., d/b/a Sam's Club | 2001 | Expert - damages - lost profits/valuation | D/T | Retail | Roberta A. Colton, Esq. Trenam Kemker |
| Noble Trust Company Liquidation State of New Hampshire | 2012 | Expert - Ponzi/Fraud | D | Ponzi | Abbe Shaine, Esq. Bill Gannon, Esq. William S. Gannon, PLLC |
| Noble Trust Company Liquidation State of New Hampshire | 2014 | Expert - Ponzi/Fraud | T | Ponzi | Abbe Shaine, Esq. Bill Gannon, Esq. William S. Gannon, PLLC |
| Nuevo Mundo Holding – Aldo Fernando Kahan Novoa & Gustavo Kahan Novoa vs. Safra National Bank of New York | 2003 | Expert - solvency/insolvency analysis | D | | Stuart S. Mermelstein, Esq. Herman & Mermelstein |
| North American Clearing Inc. vs. Richard Goble | 2011 | Expert | D | Broker/Dealer | Christopher M. Sacco, Esq. Carlton Fields |
| North American Clearing Inc. vs. Richard Goble | 2013 | Fact Witness | T | Broker/Dealer | Robert Gilbert, Esq. Christopher M. Sacco, Esq. Carlton Fields |
| Ocean Bank vs. Tuscany Villages Associates | 2009 | Expert - forensic accountant | | Real estate | Daniel J. Simon, Esq. White & Case |
| Old Corkscrew Plantation I, II, III, IV, V, VI | 2012 | CRO - Liquidation Analysis and Plan Confirmation | D | Orange groves | Debi Evans Galler, Esq. Paul Singerman, Esq. |
| Orvis vs. Caulkins | 2001 | Expert - wrongful termination of employment - lost compensatory damages | D/T | N/A | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Pacific Airline Support Corporation | 1996 | Examiner - conduct of business | X | Aviation | Chad P. Pugatch, Esq. Rice, Pugatch, Robinson & Schiller |
| PADC Marketing, LLC. Joel L. Tabas vs. Daniel Grimm | 2014 | Expert - Insolvency | D | Marketing - Real Estate | Adrian C. Delancy, Esq. Markowitz, Ringel, Trusty & Hartog |
| PADC Marketing, LLC. Joel L. Tabas vs. R. Donahue Peebles | 2016 | Expert - Insolvency | D | Marketing - Real Estate | Adrian C. Delancy, Esq. Markowitz, Ringel, Trusty & Hartog |



| | | | | | |
|---|---|---|---|---|---|
| **Soneet R. Kapila**<br>**Case Experience - 1985 to Present** | | | | | |
| **Case Name** | **Approximate Date** | **Role/Testimony** | **Deposition / Trial / Other** | **Industry** | **Attorney / Contact Firm Name** |
| Pan American Hospital Corporation | 2005 | Chapter 11 Examiner | X | Hospital/health care | Drew Dillworth, Esq.<br>Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. |
| Peckar & Abramson | 2015 | Expert - Rebuttal Financial Ability | D | | Mary E. Borja, Esq.<br>Wiley Rein LLP |
| Lakeland Animal Nutrition | 2015 | Reasonably Equivalent Value and Business Sale Transactions | D | Animal Feed | Edward J. Peterson, Esq.<br>Stichter Riedel Blain & Prosser PA |
| Louis J. Pearlman | 2007 | Chapter 11 Trustee | | PONZI | Denise Dell-Powell, Esq.<br>Burr and Forman |
| Louis J. Pearlman | 2013 | Testimony - Investor Profiteer Case | T | PONZI | Samuel A. Miller, Esq.<br>Akerman Senterfitt |
| Louis J. Pearlman, Trans Continental Television Productions, Inc. vs. MTV Networks | 2011 | Rule 30(B)(6) Representative | D | PONZI | James Sammataro, Esq.<br>Kasowitz, Benson, Torres & Friedman<br>Gregory M. Garno, Esq.<br>Genovese, Joblove & Battista |
| Louis J. Pearlman, Soneet R. Kapila, Trustee vs. Carolina First Bank d/b/a Mercantile Bank | 2009 | Chapter 11 Trustee | D | PONZI | Gregory M. Garno, Esq.<br>Genovese, Joblove & Battista |
| Louis J. Pearlman, Trans Continental Television Productions, Inc. vs. MTV Networks | 2010 | Records Custodian | D | PONZI | James Sammataro, Esq.<br>Kasowitz, Benson, Torres & Friedman<br>Gregory M. Garno, Esq.<br>Genovese, Joblove & Battista |
| Louis J. Pearlman, Trans Continental Airlines and Louis J. Pearlman Enterprises, Inc. vs. De Beaublen, Knight, Simmons, Mantzaris & Neal, LLP | 2013 | Chapter 11 Trustee | D | PONZI | Esther A. McKean, Esq.<br>Akerman Senterfitt |
| Piccadilly Cafeterias, Inc. n/k/a Capital City Cornichon Corp. | 2004 | Chapter 11 Plan Administrator | | Restaurant | Leslie Gern Cloyd, Esq.<br>Berger Singerman |
| Planet Hollywood International, Inc. | 2002 | Examiner - investigate tort liability & insider transactions | X | Celebrity theme restaurants | Denise Dell-Powell, Esq.<br>Burr and Forman |
| Prime Capital Corporation | 1996 | Chapter 7 Trustee - Expert - insolvency and Ponzi | D | Accounts receivable/factoring business/Ponzi | Scott Baena, Esq./Bilzin Sumberg Baena Price & Axelrod<br>Patricia Redmond, Esq./Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Princeton Dental Management & Subsidiaries | 2001 | Chapter 11 Trustee | | Dental practices | Roberta A. Colton, Esq.<br>Trenam Kemker |
| PSN USA, Inc. | 2007 | Examiner | X | | |
| Purity, Inc. of Florida | | Examiner | X | Processor & distributor of condiments | |
| Raben-Pastal v. Peat, Marwick, Mitchell & Co. | 1986 | Special master report | | Accounting | |
| Razorback Funding, LLC. et al vs. Scott W. Rothstein, et al. | 2012 | Expert - PONZI/ Damages | D | PONZI | Gail McQuilkin, Esq.<br>Kozyak, Tropin & Throckmorton |



| | | ***Soneet R. Kapila*** | | | |
|---|---|---|---|---|---|
| | | ***Case Experience - 1985 to Present*** | | | |

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Ready State Bank | 1995 | Expert - defense of alleged fraudulent transfers/new value analysis | | Automotive | Arthur Rice, Esq./Rice Pugatch Robinson & Schiller<br>David Levine, Esq./Levine, Kellogg, Lehman, Schneider & Grossman |
| Regions Bank vs. First West Cutler Gardens, LLC | 2012 | Financial Expert | D | Real Estate/ Title Company | Jeffrey C. Schneider, Esq.<br>Amanda Quirke, Esq. |
| Roof Services, inc. and Saige, LLC., Assignment for the Benefit of Creditors | 2011 | Expert - Valuation/Fiduciary for Wells Fargo Bank | T | Roofing | Adam Rabinowitz, Esq./ Broad & Cassel |
| Rudges v. Rudges | 1988 | Expert witness - corporate valuation | D | | |
| S & K Air Power, Inc. | 1994 | Examiner - conduct of business | X | Commercial equipment | Robert Fracasso, Esq.<br>Shutts & Bowen |
| Securities & Exchange Commission vs. A.B. Financing & Investment, Inc. | 2003 | Expert - PONZI | | | Robert K. Levenson, Esq.<br>Securities & Exchange Commission |
| Securities & Exchange Commission v. Aubrey Lee Price, et al. | 2015 | Fact Witness - restitution- investor losses | T | Fraud | Sanjay Karnik, Esq.<br>Charles Mulaney, Esq.<br>US Attorneys |
| Securities and Exchange Commission v. Edward S. Digges, Jr., Nexstar Communications, LLC, TMT Equipment Company, LLC, TMT Management Group, LLC, Posa LLC, Posa TMT, LLC; Televest Communications, LLC, Televest Group, LLC and Spin Drift, LLC | 2006 | Expert/Forensic Accountant - asset tracing - contempt hearing | D/T | | James D. Silver, Receiver<br>Carlton Fields, P.A. |
| Securities & Exchange Commission vs. Carol C. Martino and CMA Noel, Ltd., et al. | 2003 | Receiver | | | John Nowak, Esq.<br>Securities & Exchange Commission |
| Securities & Exchange Commission vs. Medco, Inc. & Mark R. Blacher, Defendants & The Hi Lily Company & National Health Services Inc., Relief Defendants | 1997 | Expert witness & accountants to the SEC Receiver - securities fraud, tracing of funds & assets. | | Securities fraud/Ponzi | David Levine, Esq.<br>Levine, Kellogg, Lehman, Schneider & Grossman |
| Securities & Exchange Commission vs. Mark David Shiner, Leon Swichkow, Timothy Wetherald, and Telecom Advisory Services, Inc. and Louis Stinson, Jr., P.A., Equity Service Administration, Inc., Marketing Media, Inc., and USA Media Group Inc. | 2006 | Forensic analysis | T | | Roger Steffin, Esq.<br>Securities & Exchange Commission |
| Securities & Exchange Commission vs. Tel-One, Inc., et al. | 2002 | Claims Administrator | | | Ivan Harris, Esq./Securities & Exchange Commission<br>Kerry Zinn, Esq./Securities & Exchange Commission |
| Securities & Exchange Commission vs. Transamerica Wireless Systems, Inc., Intercontinental Telecommunications Corporation and Danny Sterk | 1994 | Expert witness & accountnat to the SEC receiver - securities fraud, tracing of funds & assets. | T | Wireless communications | David Levine, Esq.<br>Levine, Kellogg, Lehman, Schneider & Grossman |



### Soneet R. Kapila
### Case Experience - 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Irvine J. Sherman Recovable Trust vs. Prime Hospitality Corp. | | Expert witness - percentage rent on lease | T | Hospitality | Cynthia Carson Jackson, Esq. Smith, Hulsey & Busey |
| Shubitz & Rosenbloom, P.A. | 1999 | Examiner - investigate conduct of specific transactions - report | X | Certified public accountants | Jeff Kucera, Esq. Kirkpatrick & Lockhart, LLP |
| Simply Fashion Stores, LTD. | 2015 | Chief Restructuring Officer - twice | T | Retail | Paul Singerman, Esq. Christopher A. Jarvinen, Esq. Berger Singerman |
| Smith International Enterprises, Inc. | 2002 | Examiner - investigate conduct of the acquiring corporation | X | Printing | Peter N. Hill, Esq. Wolff, Hill, McFarlin & Herron |
| Softouch | 1995 | Disbursing Agent/Special Accountant to the Debtor | | Apparel | Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| South Andrews Realty Association, Inc. | 1991 | Examiner | X | Real estate | David Profilet, Esq. Profilet & Associates |
| South Stevedoring, Inc. | 2004 | Chapter 11/7 Trustee | | Stevedoring/freight | James H. Fierberg, Esq. Berger Singerman |
| Southeast Banking Corporation | 1998 | Accountants & financial consultants to Chapter 7 Trustee | | Banking | Jeffrey Beck Chapter 7 Trustee |
| Southern Gun & Tackle, Inc. | 1990 | Expert - business conduct & corporate transactions. Accountant/financial advisor to Committee of Unsecured Creditors | D | Sporting goods distributor | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| SouthTrust Bank - A-1 Specialty Gasolines, Inc. | 2000 | Expert witness - erosion of cash collateral | T | Gas station | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Spear & Jackson, Inc. | 2004 | Corporate Monitor - appointed by Federal District Court and Securities and Exchange Commission | | Hand, garden, agricultural, horticultural & engineering tools for professional & handyman use | Robert Levenson, Esq. Securities & Exchange Commission |
| State Farm Mutual Automobile Insurance Company, et al. vs. John Romano, D. C. et al | 2013 | Expert | T | Insruance Fraud | David Spector, Esq. Akerman Senterfitt |
| State of Texas vs. Edward S. Digges, Jr. | 2009 | Expert - PONZI | T | | Robert K. Gordon, Esq. U.S. Securities & Exchange Commission |
| Stock Electronics v. Viatech Industries, LLC | 2002 | Expert - business valuation - fraudulent transfer under State Statute | D | Computers | Edward J. Jennings, Esq. Jennings, Valancy & Edwards |
| Suncruz Casinos, LLC, JAB America, Inc. | 2002 | Expert - computation of distributable earnings under Joint Venture Agreement | D | Cruise casino | Patrick Scott, Esq. Gray Robinson |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - bankruptcy | 2004 | Expert - conduct of business and management | D | Telecommunications | Paul S. Singerman, Esq. Berger & Singerman |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - Mara | 2003 | Expert - financial reporting | D | Telecommunications | Paul S. Singerman, Esq. Berger & Singerman |



**Soneet R. Kapila**
**Case Experience - 1985 to Present**

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Systems of Excellence | 1997 | Chapter 7 Trustee | | Video teleconference/ securities fraud | Rudolfo Pittaluga, Esq. Deloitte Financial Advisory Services, LLP |
| T/F Systems, Inc. vs. Southeast Capital Financing, Inc., Fu Sheng Industrial Co., Ltd., Purifier/Distribution Corporation | 1994 | Expert on lost profits, damages from patent & license rights infringement. | T | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Ticofrut, S.A. vs. E.I. Du Pont de Nemours & Company, Inc. | 2003 | Damages expert regarding lost profits | D, T | Citrus | Janet Humphreys, Esq. Kozyak, Tropin & Throckmorton, P.A. |
| Topp, Inc. v. Uniden American Coropration | 2006 | Damages expert - lost profits | D, T | Communications equipment | Stanley H. Wakshlag, Esq. Kenny Nachwalter, P.A. |
| Tradecom, Inc. | 1991 | Examiner - business conduct. | X | Commodities broker | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Trafford Distributing Center, Inc., Soneet R. Kapila as Trustee vs. Barbara Wortley | 2008 | Expert - insolvency | T | | Michael R. Bakst, Esq. Ruden McClosky |
| Transamerica Wireless Systems, Inc. Intercontinental Telecommunications Co. | 1994 | Accountants to the SEC Receiver - securities fraud | | Securities fraud | David Levine, Esq. Levine, Kellogg, Lehman, Schneider & Grossman |
| Triad v. Southwest Direct | 2001 | Expert - ordinary course and new value analysis | | | Jack Shawdee Steel, Hector & Davis |
| Tsunami of Palm Beach, LLC | 2005 | Expert - business trend | D | Restaurant | Thomas Messana, Esq. Ruden McClosky Smith, Schuster & Russell, P.A. |
| Raymond A. Tubbs vs. RC Highlands Holdings of Florida, Inc., et al. Michael L. Tubbs vs. RC Highlands Holdings of Florida, Inc. et al. | 2010 | Receiver | T | Peat farm mining operation | Rhett Traband, Esq./Broad & Cassel Michelle Visideo-Hidalgo, Esq./Broad & Cassel |
| Gioria Singer a/k/a Gary Singer v. Unibilt Development Co., Williamsburg Developers Ltd. Partnership, Williamsburg-Biltmore, Inc., and Williamsburg-Zlotoff, Inc. | 2012 | Expert - shareholder dispute - damages | D | Real Estate | Samuel A. Miller, Esq. Akerman Senterfitt |
| Gioria Singer a/k/a Gary Singer v. Unibilt Development Co., Williamsburg Developers Ltd. Partnership, Williamsburg-Biltmore, Inc., and Williamsburg-Zlotoff, Inc. | 2012 | Expert - shareholder dispute - damages | T | Real Estate | Samuel A. Miller, Esq. Akerman Senterfitt |
| USA Airmobile, Inc., & Michael Kurtgis v. Haverfield Corp. & Scott Yenzer | 1995 | Expert - patent infringement damages | | | Patrick Barry, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. |
| W.B. Care Center, LLC d/b/a/ West Broward Care Center | 2009 | Examiner | X | Nursing home | |
| Wachovia Bank of Florida Continuum Care Corporation | 2004 | Expert - conduct of business | | Bank fraud | Stephen C. Coates, Esq. Wachovia Bank |
| Wachovia Bank of Florida Lover's Key Development | 1994 | Expert for secured lender - consultants on feasibility and workouts | E | Hospitality | Irene Marshall Wachovia Bank |
| Wachovia Bank of Florida National Recovery Institute Group | 1997 | Expert - conduct of business & Management, ability to restructure; management compensation | T | abuse recovery/health care | Hal Moorefield, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |



**Soneet R. Kapila**
*Case Experience - 1985 to Present*

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| John Wagstaff-Callahan vs. Northern Trust Investment, Inc., et al. | 2002 | Expert - damages, wrongful dismissal, lost earnings | D | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Thomas Aloysius Warmus | 1995 | Accountants & financial advisors to Committee of Unsecured Creditors | T | | David Profilet, Esq. Profilet & Associates |
| Thomas Alousius Warmus Richard Langhorne, Liquidating Trustee | 1997 | Expert witness in adversarial proceedings - insolvency (Judge Francis G. Conrad) | T | | James Leshaw, Esq. Greenberg, Traurig |
| Wayne Blackwell & Co., Inc. | 1996 | Expert - viability of business and ability to rehabilitate | T | Environment - asbestos abatement | Wayne Blackwell Wayne Blackwell & Co., Inc. |
| Weinberg Tubbs & Company, CPAs | 1993 | Examiner | X | Accounting firm | Jack Weins, Esq. Abrams, Anton, Robbins, Resnick, Schneider & Mager |
| John F. Weir vs. The Club at St. Lucie West, Ltd., The Club at St. Lucie West, Inc., Creative Homes, Inc., Naimisha Construction, Inc. and Dilip Barot | 2010 | Expert - damages, breach of contract | D | Damages relating to a partnership agrement in a construction development | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley, P.A. |
| Ronald Ziegler, D.O., P.A. and Javery & Strum, D.O., P.A. v. Humana | 1994 | Expert - damages, breach of contract | D | Health care | David Sales, Esq. Searcy, Denney, Scarola, Barnhart & Shipley, P.A. |
| Zingg Homes, L.C. | 2002 | Examiner | X | Residential home developer | |
| Over 10,000 matters | Various | Chapter 11 and Chapter 7 Trustee | | Various | Steven R. Turner Office of the U.S. Trustee |



# Exhibit B



Exhibit B

Securities and Exchange Commission, Plaintiff
v.
Ariel Quiros, William Stenger, Jay Peak, Inc., Q Resorts, Inc., et al Defendants

Case No. 16-CV-21301-DPG
United States District Court
Southern District of Florida

**Q Burke Ownership Structure**

Source: Organizational charts provided by management, discussions with management personnel and the Private Placement Memorandum.

SEE ACCOMPANYING AFFIDAVIT DATED 4/19/2016

Kapila/Mukamal

# Exhibit C



Exhibit C

Securities and Exchange Commission, Plaintiff
v.
Ariel Quiros, William Stenger, Jay Peak, Inc., Q Resorts, Inc., et al, Defendants
Case No. 16-CV-21301-DPG
United States District Court
Southern District of Florida

### The $2,470,000 Transfer From Q Burke Entities to Jay Construction Management, Inc

Source: Bank and Investment Account Statements, Wire Transfer Confirmations

**Use of EB-5 Investor Proceeds**

**Q Burke, LP**
Merrill Lynch
Account #3530

3/11/15
$2,470,000

**Q Burke, LP**
People's United Bank
Account #6886

3/11/15
$2,470,000

**Q Burke, LLC**
People's United Bank
Account #4113

3/11/15
$2,470,000

**Q Burke, LLC**
Merrill Lynch

3/13/15
$2,470,000

**Q Resorts, Inc**
Merrill Lynch
Account #3529

3/13/15
$2,470,000

**Jay Construction Management, Inc**
Merrill Lynch
Account #3534

SEE ACCOMPANYING AFFIDAVIT DATED 4/19/2016

Kapila/Mukamai

# Exhibit D



Exhibit D

**Securities and Exchange Commission, Plaintiff**
v.
**Ariel Quiros, William Stenger, Jay Peak, Inc., Q Resorts, Inc., et al, Defendants**
Case No. 16-CV-21301-DPG
United States District Court
Southern District of Florida

The $2,417,000 Transfer From Q Burke Mountain Resort, LP to Jay Construction Management, Inc

Source: Bank and Investment Account Statements, Wire Transfer Confirmations

**Use of EB-5 Investor Proceeds**

Q Burke Mountain Resort, Hotel and Conference Center, L.P.
People's United Bank
Account #6886

3/3/15
$2,417,300

North East Contract Services, Inc
People's United Bank
Account #0221

3/5/15
$2,417,300

North East Contract Services, Inc
People's United Bank
Account #3588

3/11/15
$773,440
$1,643,560

Total
$2,417,000

Q Resorts, Inc
Merrill Lynch
Account #3516

3/13/15
$2,417,000

Q Resorts, Inc
Merrill Lynch
Account #3529

3/13/2015
$2,417,000

Jay Construction Management, Inc
Merrill Lynch
Account #3534

SEE ACCOMPANYING AFFIDAVIT DATED 4/19/2016

Kapila Mukamal

# Exhibit E



Exhibit E

Securities and Exchange Commission, Plaintiff
v.
Ariel Quiros, William Stenger, Jay Peak, Inc., Q Resorts, Inc., et al, Defendants
Case No. 16-CV-21301-DPG *SEALED*
United States District Court
Southern District of Florida

**Transfer of $1,213,626 from Q Burke, LP to Jay Construction Management, Inc**

Source: Bank and Investment Account Statements and Wire Transfer requests and confirmations

Q Burke Mountain Resort, Hotel and
Conference Center, L.P.
Raymond James
Account #7674

4/14/14
$1,213,626

Q Burke Mountain Resort, Hotel
and Conference Center, LP
People's United Bank
Account #6886

4/14/14
$1,213,626

Jay Construction Management, Inc.
Raymond James
Account #1174

4/14/14
$1,213,626

Dew Construction Corporation
Northfield Savings Bank
Account #6220009101

"Purpose:  JCM Jay Peak
Lodge & Townhouses LP
and Jay Peak Hotel
Suites"

SEE ACCOMPANYING AFFIDAVIT DATED 4/19/16

Kapila Mukamal

# Exhibit F

**EXHIBIT F**



# Q BURKE MOUNTAIN RESORT LLC

223 Sherburne Lodge Rd
East Burke, VT 05832
p: 802.626.7300
www.qburke.com

## INVOICE

Date:  March 24, 2016

To:  Q Burke Mountain Resort Hotel & Conference Center LP

From:  Burke Mountain Operating Company

Total pages including this invoice:  166

---

Payroll and Expenses incurred by
Burke Mountain Operating Company through 12.26.15
on behalf of Q Burke Mountain Resort & Conference Center LP,
as summarized on the following page, and supported by attached
detailed invoices and internal documents.

**$ 571,653.81**

---

Q Burke Mountain Resort LLC | Burke 2000 LLC | Burke Mountain Operating Company LLC
Burke Mountain Water Company INC | Burke Mountain Road Management INC

SEE ACCOMPANYING AFFIDAVIT DATED 4/19/2016          Page 1 of 2

**EXHIBIT F**

Burke Mountain Operating Company
Reconciliation of GL # 380-0101-151850
Intercompany - Q Burke Mountain Resort & Conference Center LP (EB-5)
12.26.15

| | | | | |
|---|---|---|---|---|
| GL Balance | | | $ | 571,653.81 |

| Date | Vendor | Description | | Amount |
|---|---|---|---|---|
| 10/23/2013 | BMOC/EB5 | W/O EB5 Wire variance | $ | (0.05) |
| 5/30/2015 | Burke Mountaing Operating Co | May 2015 - Hotel Pre-Opening Payroll reclass | | 11,137.00 |
| 5/30/2015 | Burke Mountaing Operating Co | May 2015 - Hotel Pre-Opening Expense reclass | | 7,158.23 |
| 5/31/2015 | R.C. Brayshaw & Co. Inc | Inv #59407 | | 3,273.82 |
| 5/31/2015 | R.C. Brayshaw & Co. Inc | Inv #59407 tax | | 171.82 |
| 6/27/2015 | Burke Mountaing Operating Co | Jun 2015 - Hotel Pre-Opening Payroll reclass | | 9,526.95 |
| 6/27/2015 | Burke Mountaing Operating Co | Jun 2015 - Hotel Pre-Opening Expense reclass | | 909.49 |
| 6/27/2015 | Burke Mountaing Operating Co | June 2015 - Hotel Pre-Opening Additional Payroll Fringe reclass | | 2,208.60 |
| 7/3/2015 | Burke Mountaing Operating Co | Food Used for Hotel F&B R&D Tasting | | 44.23 |
| 7/31/2015 | Burke Mountaing Operating Co | 2015 Property Tax Due | | 79,805.62 |
| 7/8/2015 | Businesscard Svcs. | Hcareers - Online Job opening site | | 1,925.00 |
| 7/31/2015 | Burke Mountaing Operating Co | Jul 2015 - Hotel Pre-Opening Payroll reclass | | 12,662.62 |
| 7/31/2015 | Burke Mountaing Operating Co | Jul 2015 - Hotel Pre-Opening Expense reclass | | 2,007.80 |
| 8/2/2015 | Origin Designs & Communications | INV - 13697 | | 9,297.50 |
| 8/3/2015 | Pan-American Pest Control | Inv 08739 - GM Lodging Cost | | 350.00 |
| 8/10/2015 | Maestro PMS | Inv NC12582 | | 23,860.52 |
| 8/10/2015 | Maestro PMS | Inv NC12582 - VT Sales Tax | | 692.87 |
| 8/15/2015 | Comcast | Aug 2015 - Lake Road House | | 149.61 |
| 8/29/2015 | Burke Mountaing Operating Co | Aug 2015 - Hotel Pre-Opening Payroll reclass | | 12,822.92 |
| 8/29/2015 | Burke Mountaing Operating Co | Aug 2015 - Hotel Pre-Opening Expense reclass | | 6,329.47 |
| 9/15/2015 | Comcast | Sep 2015 - Lake Road House | | 149.61 |
| 8/31/2015 | Morrison, Brown, Argiz, Farra, LLC | Partnership Tax Return Prep | | 3,500.00 |
| 9/1/2015 | Origin Designs & Communications | Inv 13876 | | 31,987.75 |
| 9/30/2015 | Maestro PMS | Inv NC13831 | | 348.00 |
| 9/30/2015 | Burke Mountaing Operating Co | Sep 2015 - Hotel Pre-Opening Payroll reclass | | 18,126.34 |
| 9/30/2015 | Burke Mountaing Operating Co | Sep 2015 - Hotel Pre-Opening Expense reclass | | 3,464.82 |
| 10/1/2015 | Origin Designs & Communications | Inv 13948 incl sales tax | | 30,686.23 |
| 10/7/2015 | Pan American Pest Control | Inv 08760 - Oct15 | | 180.00 |
| 10/15/2015 | Comcast | Inv Oct15-9666 | | 149.59 |
| 10/31/2015 | Maestro PMS | Inv NC13756 | | 174.00 |
| 10/31/2015 | Burke Mountaing Operating Co | Oct 2015 - Hotel Pre-Opening Payroll reclass | | 41,566.60 |
| 10/31/2015 | Burke Mountaing Operating Co | Oct 2015 - Hotel Pre-Opening Expense reclass | | 48,707.22 |
| 11/28/2015 | Burke Mountaing Operating Co | Nov 2015 - Hotel Pre-Opening Payroll reclass | | 36,765.62 |
| 11/28/2015 | Burke Mountaing Operating Co | Nov 2015 - Hotel Pre-Opening Expense reclass | | 12,001.49 |
| 11/28/2015 | Burke Mountaing Operating Co | Nov 2015 - Hotel Pre-Opening P/R reclass - Housekpng/Laundry | | 449.34 |
| 11/15/2015 | Comcast | Inv Nov2015 | | 158.55 |
| 11/10/2015 | Acadia Insurance Company | Insurance Policy on Hotel | | 5,000.00 |
| 11/1/115 | Maestro PMS | Inv NC13523 | | 536.50 |
| 11/28/2015 | Agilysys | Inv 12386689964 | | 9,517.36 |
| 12/26/2015 | Burke Mountaing Operating Co | Dec 2015 - Hotel Pre-Opening Payroll reclass | | 38,999.47 |
| 12/26/2015 | Burke Mountaing Operating Co | Dec 2015 - Hotel Pre-Opening Expense reclass | | 2,192.01 |
| 12/26/2015 | Burke Mountaing Operating Co | Dec 2015 - Hotel Front Desk Pre-Opening Payroll allocation | | 182.64 |
| 12/26/2015 | Burke Mountaing Operating Co | Dec 2015 - Hotel Housekeeping Pre-Opening Payroll allocation | | 1,986.39 |
| 12/26/2015 | Burke Mountaing Operating Co | Dec 2015 - Hotel Laundry Desk Pre-Opening Payroll allocation | | 683.09 |
| 12/1/2015 | Essex Agency | Inv 430592 - Hotel Insurance Premium | | 14,916.00 |
| 12/10/2015 | Essex Agency | Inv 433712 - Hotel Insurance Premium | | 31,722.00 |
| 12/1/2015 | Bytespeed LLC | Inv 0099147 | | 3,279.64 |
| 12/1/2015 | Bytespeed LLC | Inv 0099069 | | 3,260.56 |
| 12/1/2015 | Bytespeed LLC | Inv 0099069 | | 1,755.36 |
| 12/1/2015 | Bytespeed LLC | Inv 0098926 | | 17,285.42 |
| 12/1/2015 | Bytespeed LLC | Inv 0098927 | | 919.02 |
| 12/1/2015 | Bytespeed LLC | Inv 0098615 | | 2,617.14 |
| 12/1/2015 | Bytespeed LLC | Inv 0098734 | | 2,757.06 |
| 12/1/2015 | Bytespeed LLC | Inv 0100042 | | 8,673.98 |
| 12/1/2015 | Bytespeed LLC | Inv 0099668 | | 12,497.40 |
| 11/30/2015 | Maestro PMS | Inv NC13981 | | 174.00 |
| 12/15/2016 | Comcast | Inv Dec2015-9866 | | 149.59 |
| | | Total Activity as of 12.26.15 | $ | 571,653.81 |
| | | Variance | | - |

X:\Accounting\Reconciliations\380-0101-151850-Q Burke Mountain Resorts (EB-5).xls

# EXHIBIT "B"

**Q BURKE**
13 Week Cash Flow Forecast

| Revenue Estimates | Source | Total | w/e 04.23.16 | w/e 4.30.16 | w/e 5.7.16 | w/e 5.14.16 | w/e 5.21.16 | w/e 5.28.16 | w/e 06.04.16 | w/e 06.11.16 | w/e 06.18.16 | w/e 06.25.16 | w/e 07.02.16 | w/e 07.09.16 | w/e 07.16.16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campground | FY2016 budget | 43,768 | | | | 1,415 | 4,147 | 2,628 | 4,859 | 4,722 | 6,444 | 4,283 | 4,331 | 6,160 | 4,779 |
| Mountain Bike Park | FY2016 budget | 77,200 | | | | | 5,400 | 6,500 | 6,000 | 4,700 | 14,000 | 13,000 | 8,000 | 10,000 | 9,600 |
| Annual Event - July 4th picnic | FY2016 budget | 4,500 | | | | | | | | | | | | 4,500 | |
| Returning Event - Push Culture Long Board Wknc | prior year - toll road revenue | 4,500 | | | | | | | | | | | | 4,500 | |
| Returning Event - Push Culture Long Board Wknc | prior year - F&B revenue | 8,500 | | | | | | | | | | | | 8,500 | |
| Developer Sales (Jack Dator) | closing pending end of April/early May | 70,000 | | | 70,000 | | | | | | | | | | |
| Roads/Water Mgmt Fees | Monthly allocation | 21,000 | | 7,000 | | | | 7,000 | | | | 7,000 | | | |
| Union Lease Payment - final payment | Anticipated to receive in June 2016 | 200,000 | | | | | | | | | | 200,000 | | | |
| **Total Revenue Estimate** | | 429,468 | - | 7,000 | 70,000 | 1,415 | 9,547 | 16,128 | 10,859 | 9,422 | 20,444 | 224,283 | 12,331 | 33,660 | 14,379 |

| Labor Estimates | Source | Total Due | w/e 04.23.16 | w/e 4.30.16 | w/e 5.7.16 | w/e 5.14.16 | w/e 5.21.16 | w/e 5.28.16 | w/e 06.04.16 | w/e 06.11.16 | w/e 06.18.16 | w/e 06.25.16 | w/e 07.02.16 | w/e 07.09.16 | w/e 07.16.16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed Payroll | G1/G2 forecast | 303,522 | 75,000 | - | 39,527 | | 37,799 | | 37,799 | | 37,799 | | 37,799 | | 37,799 |
| Variable: Campground | 20% of revenue | 8,754 | | | | 283 | 829 | 526 | 972 | 944 | 1,289 | 857 | 866 | 1,232 | 956 |
| Variable: Mountain Biking | 20% of revenue | 15,440 | | | | | 1,080 | 1,300 | 1,200 | 940 | 2,800 | 2,600 | 1,600 | 2,000 | 1,920 |
| Events | 20% of revenue | 3,500 | | | | | | | | | | | | 3,500 | |
| **Total Labor Estimate** | | 331,216 | 75,000 | - | 39,527 | 283 | 39,708 | 1,826 | 39,971 | 1,884 | 41,888 | 3,457 | 40,265 | 6,732 | 40,675 |

| Fixed/Recurring Payable Estimates: | Source | Total Due | w/e 04.23.16 | w/e 4.30.16 | w/e 5.7.16 | w/e 5.14.16 | w/e 5.21.16 | w/e 5.28.16 | w/e 06.04.16 | w/e 06.11.16 | w/e 06.18.16 | w/e 06.25.16 | w/e 07.02.16 | w/e 07.09.16 | w/e 07.16.16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amerigas - Hotel Propane forecast | Q Burke Hotel Utilities Forecast | 61,247 | | | | | | 37,807 | | | | 23,440 | | | |
| Amerigas - resort wide propane usage | prior year usage | 3,541 | | | 1,500 | | | | 1,443 | | 88 | | | 510 | |
| AT&T Cell Phones | monthly average | 1,359 | | 453 | | | | | 453 | | | 453 | | | |
| Butler Family Auto (gasoline) | prior year usage | 3,693 | | | 1,110 | | | | 1,401 | | | | | | 1,182 |
| Calkin's Portable Toilet - maint shop | prior year usage | 339 | | | | 113 | | | 113 | | | | 113 | | |
| Canon Solutions - monthly usage Base Lodge/Adr | prior year average | 612 | | | 204 | | | | 204 | | | 204 | | | |
| Canon Financial Svcs. - hotel copier usage | avg since August 2015 | 1,120 | 280 | | | | 280 | | | | 280 | | | | 280 |
| Casella Waste Mgmt - hotel | monthly contract average | 4,293 | | 1,431 | | | | | 1,431 | | | 1,431 | | | |
| Cendyn - CRM Company | Varies monthly - estimate based on low usa | 4,800 | | 1,600 | | | | | 1,600 | | | 1,600 | | | |
| De Lage Landen - Copier Leases | monthly payment | 1,011 | | | 337 | | | | | 337 | | | | 337 | |
| Directv - 3 accounts on property | prior year usage | 1,800 | | 600 | | | | | 600 | | | 600 | | | |
| Enterprise - Vehicle Leases - 3 vehicles | recent monthly payment average | 5,625 | | 1,875 | | | | | 1,875 | | | 1,875 | | | |
| EIV Technical Services - Engineering Consultant | scaled back for summer | 15,000 | | 5,000 | | | | | 5,000 | | | 5,000 | | | |
| Fairpoint - Phone/Internet Services | prior year usage | 8,000 | 2,000 | | | | 2,000 | | | | 2,000 | | | | 2,000 |
| FEDEX | varies monthly - avg since Nov 2015 | 1,650 | | | | 550 | | | 550 | | | | | | 550 |
| Ford Motor Credit - 2 truck payments | fixed monthly payment | 6,900 | 1,725 | | | | 1,725 | | | | 1,725 | | | | 1,725 |
| Irving - Heating Oil | prior year usage | 15,300 | 10,900 | | | 3,600 | | | | | 800 | | | | |
| LED Current Usage | prior year usage | 93,000 | | | | 50,000 | | | | | 33,000 | | | | 10,000 |
| LED Pmt plan | pmt plan for winter operations | 222,309 | | | | 74,103 | | 74,103 | | | | 74,103 | | | |
| Loomis - armored truck service | average monthly payments | 1,392 | 348 | | | 348 | | | | | 348 | | | | 348 |
| Maestro - Hotel lodging POS software | average monthly support | 522 | | | 174 | | | | | 174 | | | | 174 | |
| My Staffing Pro - HR Hiring software | monthly contract | 1,050 | | 350 | | | | | 350 | | 350 | | | | |
| Orkin Pest Control | monthly contract | 600 | | 200 | | | | | 200 | | 200 | | | | |
| Q Burke Mountain Resorts LLC | monthly management fee | 30,000 | | | 10,000 | | | | 10,000 | | 10,000 | | | | |
| US Foods, Inc - dish machine lease pmt | monthly contract | 477 | | 159 | | | | | 159 | | 159 | | | | |
| Weather Metrics - monthly web cam streaming | monthly contract | 450 | | 150 | | | | | 150 | | 150 | | | | |
| Wellsys Financial Svcs - Base Lodge/Admin office | monthly water cooler lease | 296 | 74 | | | 74 | | | | | 74 | | | | 74 |
| Memic Worker's Comp - Pay as you Go | Every 2 weeks - based on payroll | 40,000 | | 10,000 | | | 6,000 | | 6,000 | | 6,000 | 6,000 | | 6,000 | |
| Memic Worker's Comp - Pay as you Go (in arrears | monthly support | 45,000 | | | 15,000 | | | | 15,000 | | 15,000 | | | | |
| Memic Worker's Comp - Audit | Audit for period | 25,492 | | | 25,492 | | | | | | | | | | |
| Water/Roads Company | quarterly usage - water/sewer/common ro | 3,500 | | | | | | | 3,500 | | | | | | |
| Willis Insurance | disconnect notice pending | 75,282 | 75,282 | | | | | | | | | | | | |
| Willis Insurance | future commitments | 43,851 | | | | 14,617 | | | 14,617 | | | | | 14,617 | |
| Vermont Sales Tax Estimate | March Sales | - | | | | | | | | | | | | | |
| Vermont Sales Tax Estimate | 6% of Revenue (not incl.Unison or Dator Sa | 8,308 | | | | 85 | 573 | 548 | 652 | 565 | 1,227 | 1,037 | 740 | 2,020 | 863 |
| Estimated Trade Payables to be Disbursed | Estimated - Currently assessing A/P | 60,000 | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | 787,819 | 90,609 | 143,014 | 31,454 | 82,302 | 7,653 | 152,210 | 35,170 | 11,902 | 45,092 | 86,518 | 65,726 | 13,867 | 22,022 |
| Net Cash Flow | | (689,567) | (165,609) | (136,014) | (981) | (81,250) | (38,014) | (137,907) | (64,281) | (4,365) | (66,535) | 134,308 | (93,662) | 13,061 | (48,316) |
| Beginning Cash Balance | | 20,000 | 20,000 | (145,609) | (281,623) | (282,604) | (363,854) | (401,868) | (539,775) | (604,057) | (608,421) | (674,957) | (540,648) | (634,310) | (621,249) |
| Ending Cash Balance (Shortfall) | | (669,567) | (145,609) | (281,623) | (282,604) | (363,854) | (401,868) | (539,775) | (604,057) | (608,421) | (674,957) | (540,648) | (634,310) | (621,249) | (669,567) |

Note: A/P is significant and being recreated. Estimated to be over $1 million