UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21301-GAYLES

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

ARIEL QUIROS,
WILLIAM STENGER,
JAY PEAK, INC.,
Q RESORTS, INC.,
JAY PEAK HOTEL SUITES L.P.,
JAY PEAK HOTEL SUITES PHASE II L.P.,
JAY PEAK MANAGEMENT, INC.,
JAY PEAK PENTHOUSE SUITES L.P.,
JAY PEAK GP SERVICES, INC.,
JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,
JAY PEAK GP SERVICES GOLF, INC.,
JAY PEAK LODGE AND TOWNHOUSES L.P.,
JAY PEAK GP SERVICES LODGE, INC.,
JAY PEAK HOTEL SUITES STATESIDE L.P.,
JAY PEAK GP SERVICES STATESIDE, INC.,
JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,
AnC BIO VERMONT GP SERVICES, LLC,

          Defendants, and

JAY CONSTRUCTION MANAGEMENT, INC.,
GSI OF DADE COUNTY, INC.,
NORTH EAST CONTRACT SERVICES, INC.,
Q BURKE MOUNTAIN RESORT, LLC,

          Relief Defendants.
_____/

**PLAINTIFF'S NOTICE OF ELECTRONICALLY FILING EXHIBITS TO SEC'S EMERGENCY *EX PARTE* MOTION AND MEMORANDUM OF LAW FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE, AND OTHER RELIEF**

Plaintiff Securities and Exchange Commission hereby electronically files the below list of exhibits 1 through 88, which support its Emergency *Ex Parte* Motion and Memorandum of

Law for Temporary Restraining Order, Asset Freeze, and Other Relief (DE 4 - "TRO Motion"):

**NOTICE OF ELECTRONICALLY FILING EXHIBITS TO TRO MOTION**

| | |
|---|---|
| Ex. 1 | Jay Peak Vermont Corporate Filing |
| Ex. 2 | Jay Peak Hotel Suites Stateside L.P. (Stateside Phase VI) Private Placement Memorandum |
| Ex. 3 | Jay Peak Hotel Suites L.P. (Suites Phase I) Private Placement Memorandum |
| Ex. 4 | Jay Peak Hotel Suites Phase II L.P. (Hotel Phase II) Private Placement Memorandum |
| Ex. 5 | Jay Peak Penthouse Suites L.P. (Penthouse Phase III) Private Placement Memorandum |
| Ex. 6 | Jay Peak Golf and Mountain Suites L.P. (Golf and Mountain Phase IV) Private Placement Memorandum |
| Ex. 7 | Jay Peak Lodge and Townhouses L.P. (Lodge and Townhouses Phase V) Private Placement Memorandum |
| Ex. 8 | Q Resorts, Inc. Delaware Corporate Filing |
| Ex. 9 | Q Resorts, Inc. Vermont Corporate Filing |
| Ex. 10 | Ariel Quiros' Testimony Transcript Volume I |
| Ex. 11 | Declaration of Michelle Lama |
| Ex. 12 | Ariel Quiros' Background Questionnaire |
| Ex. 13 | Ariel Quiros' Testimony Transcript Volume II |
| Ex. 14 | William M. Stenger's Background Questionnaire |
| Ex. 15 | Jay Peak Management Inc. Vermont Corporate Filing |
| Ex. 16 | Jay Peak GP Services, Inc. Vermont Corporate Filing |
| Ex. 17 | Jay Peak GP Services Golf Inc. Vermont Corporate Filing |
| Ex. 18 | Jay Peak GP Services Lodge Inc. Vermont Corporate Filing |
| Ex. 19 | Jay Peak GP Services Stateside Inc. Vermont Corporate Filing |

| | |
|---|---|
| Ex. 20 | William Stenger's Testimony Transcript Volume II |
| Ex. 21 | Jay Peak Hotel Suites L.P. (Suites Phase I) Vermont Corporate Filing |
| Ex. 22 | Declaration of Michael S. Pieciak |
| Ex. 23 | Jay Peak Hotel Suite Phase II L.P. (Hotel Phase II) Vermont Corporate Filing |
| Ex. 24 | Jay Peak Management Inc. Vermont Corporate Filing |
| Ex. 25 | Jay Peak Penthouse Suites L.P. (Penthouse Phase III) Vermont Corporate Filing |
| Ex. 26 | Jay Peak Golf and Mountain Suites L.P. (Golf and Mountain Phase IV) Vermont Corporate Filing |
| Ex. 27 | Jay Peak Lodge and Townhouses L.P. (Lodge and Townhouses Phase V) Vermont Corporate Filing |
| Ex. 28 | Jay Peak Hotel Suites Stateside L.P. (Stateside Phase VI) Vermont Corporate Filing |
| Ex. 29 | Jay Peak Biomedical Research Park L.P. (Biomedical Phase VII) Vermont Corporate Filing |
| Ex. 30 | Corrected Declaration of Mark Dee[1] |
| Ex. 31 | AnC Bio Vermont GP Services LLC Vermont Corporate Filing |
| Ex. 32 | William Stenger's Testimony Transcript Volume I |
| Ex. 33 | Jay Construction Management Vermont Corporate Filing |
| Ex. 34 | Jay Construction Management 2015 Annual Report |
| Ex. 35 | Jay Construction Management Updated Vermont Corporate Filing |
| Ex. 36 | GSI of Dade County, Inc. Florida Corporate Filing |
| Ex. 37 | William Kelly's Testimony Transcript |
| Ex. 38 | North East Contract Services LLC Florida Corporate Filing |
| Ex. 39 | Agreement Between AnC Bio and North East Contract Services, LLC |

---

[1] Originally, page 13 of the Declaration was inadvertently omitted.

| | |
|---|---|
| Ex. 40 | William John Kelly's Background Questionnaire |
| Ex. 41 | Q Burke Mountain Resort LLC Florida Corporate Filing |
| Ex. 42 | Joel Burstein's Testimony Transcript |
| Ex. 43 | Declaration of Bernard Ledezma |
| Ex. 44 | Declaration of Alfredo Solarte |
| Ex. 45 | Declaration of Pornthep Wattanamano |
| Ex. 45-1 | Declaration of Pornthep Wattanamano, Part 2 (Exhibits H – J) |
| Ex. 46 | Declaration of Claire Champion |
| Ex. 47 | Declaration of Daniel Figueiredo |
| Ex. 48 | Declaration of Juan Hinestrosa |
| Ex. 49 | Declaration of Ian A. Mackechnie |
| Ex. 50 | Corrected Declaration of Hugh Frazer[2] |
| Ex. 51 | Declaration of Alexandre Silveira Daccache |
| Ex. 52 | Declaration of Ana I. Dow Silva |
| Ex. 53 | Declaration of Lucas LeQuerica |
| Ex. 54 | Declaration of Bhavesh Patel |
| Ex. 55 | Declaration of Brian Nesbitt |
| Ex. 56 | Jay Peak Biomedical Research Park (Biomedical Phase VII) PPM |
| Ex. 57 | Jay Peak Biomedical Research Park (Phase VII Revised) PPM |
| Ex. 58 | Declaration of Saint-Sauveur Valley Resorts, Inc. |
| Ex. 59 | February 6, 2009 Credit Agreement |
| Ex. 60 | October 1, 2010 Credit Agreement |

---

[2] Originally, Ex. C was inadvertently omitted.

| | |
|---|---|
| Ex. 61 | February 10, 2011 Credit Agreement |
| Ex. 62 | August 25, 2011 Credit Agreement |
| Ex. 63 | February 28, 2012 Credit Agreement |
| Ex. 64 | August 5, 2013 Credit Agreement |
| Ex. 65 | Declaration of John Carpenter |
| Ex. 66 | Report of Jan Jindra, Ph.D. |
| Ex. 67 | June 2010 Emails |
| Ex. 68 | Land Appraisal |
| Ex. 69 | Purchase and Sale Agreement Between GSI and Biomedical Phase VII |
| Ex. 70 | Purchase by GSI |
| Ex. 71 | JCM invoices |
| Ex. 72 | JCM Business Deposit Account Application to Citibank |
| Ex. 73 | Q Burke Annual Report |
| Ex. 74 | Q Burke EB-5 Offering PPM |
| Ex. 75 | NECS Invoices |
| Ex. 76 | Declaration of Gregory W. MacCordy |
| Ex. 77 | First Amendment to Limited Partnership Agreement (Phase 1) |
| Ex. 78 | January 1, 2014 and December 31, 2013 email string between William Kelly, George Gulisano, and Ariel Quiros re: Financial Projections and Key Matters through 2014 |
| Ex. 79 | Penthouse Phase III People's United Bank Business Signature Card |
| Ex. 80 | Penthouse Phase III Raymond James Account Information and Client Agreement |
| Ex. 81 | Jay Peak Investor Lists (Composite) |
| Ex. 82 | Feb. 9, 2011 8-K for Bioheart |

| | |
|---|---|
| Ex. 83 | April 18, 2011 8-K for Bioheart |
| Ex. 84 | Suites Phase I Account Statement |
| Ex. 85 | Penthouse Phase III Account Statement |
| Ex. 86 | November 1, 2013 Email from Kelly to Quiros with an update |
| Ex. 87 | December 3, 2015 Email string between Kelly and Quiros |
| Ex. 88 | Compilation of Emails Between Kelly and Quiros |

Respectfully submitted,

April 20, 2016

By: s/ Christopher E. Martin
Christopher E. Martin, Esq.
Senior Trial Counsel
SD Fla. Bar No. A5500747
Direct Dial: (305) 982-6386
Email: martinc@sec.gov

By: s/Robert K. Levenson
Robert K. Levenson, Esq.
Senior Trial Counsel
Florida Bar No. 0089771
Direct Dial: (305) 982-6341
Email: levensonr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154