## BACKGROUND QUESTIONNAIRE

**Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.**

Today's date: April 30th, 2014

1. What is your full name?
   Ariel Ivan Quiros

2. Have you ever been known by any other name? Yes __ No X

   If yes, list each such name and the period(s) in which you were known by that name.
   N/A

3. Social Security Number? #███████5445

4. Date and Place of Birth?
   ███████, 1956 Manhattan New York

5. Country of Citizenship?
   American

6. Marital Status? Married X Divorced __ Single __

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; and (iii) your spouse's maiden name, if any.
   N/A

7. List the names, ages and occupations of your children, if any.
   1- Ary Quiros 36 Years Old  Military Soldier Captain & CEO Q. Burke Mountain Resort
   2- Nicole Quiros 35 Years Old Auditor


PLAINTIFF'S EXHIBIT 1a

Background Questionnaire
Page 2

8. List all residences you occupied at any time during the last three years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
   I- ▇▇▇▇▇▇▇▇▇▇▇▇▇ Key Biscayne Florida 33149   # 305.342.0213
   II- Jay Peak Ski Resort Vermont # 305.342.0213

PRIOR PROCEEDINGS

9. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a federal or state agency, a federal or state court, a stock exchange, the National Association of Securities Dealers ("NASD") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions?  Yes __ No X

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.
   N/A

10. Have you ever been deposed in connection with any court proceeding?  Yes __ No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed.
    N/A

11. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other federal agency, a state securities agency, the NASD or any stock exchange?  Yes __ No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.
    N/A

12. Have you ever been a defendant in any action alleging violations of the federal securities laws?  Yes __ No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

Background Questionnaire
Page 3

N/A

13. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense? Yes __ No X

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.
N/A

## EDUCATIONAL HISTORY

14. Provide the requested information about each educational institution that you have attended beyond junior high school, beginning with the most recent and working backward to the date that you completed high school.

U.S. Army
Name of School

| City | State | U.S.A. Country | Zip Code |
| 1975-1980 | | EIB Expert Infantry | |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

U.S. Army
Name of School

| City | State | U.S.A. Country | Zip Code |
| 1975-1980 | | Primary Leadership School | |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

U.S. Army
Name of School

| City | State | U.S.A. Country | Zip Code |
| 1975-1980 | | Commander School | |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

Trinity Pawling Preparatory School         Class of 1975
Name of School

| Pawling | NY | USA | 12564 |
| City | State | Country | Zip Code |

Background Questionnaire
Page 4

| 1970-1975 | Preparatory College Prep | 1975 |
|---|---|---|
| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree |

15. Other than courses taken in connection with institutions listed in response to question 18, list any securities or business related courses taken since high school. For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.
NONE

## PROFESSIONAL LICENSES/CLUBS

16. Do you hold, or have you ever held, any professional license? Yes__ NoX_

    If yes, for each such license, identify: (i) the license; (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against you: and (vi) the outcome of any such disciplinary proceeding (e.g., reprimand, suspension, revocation).
    N.A.

17. Are you, or have you ever been, a member of any professional or business club or organization? Yes__ No X

    If yes, list for each: (i) the name of the club or organization; (ii) its address; and (iii) the date(s) of your membership.
    N.A.

## EMPLOYMENT HISTORY

18. State your employment activities, beginning with the present and working backward to the date that you completed high school.

    GSI of Dade County Inc.                                President
    Employer's Name/Self-Employment                        Your Title
    111 N.E. 1st Street Floor # 4                          305.579.9082
    Employer's Street Address                              Telephone Number
    Miami            Fl.            U.S.A.                 33132
    City             State          Country                Zip Code
    1993- Present
    Dates of Employment: Month/Year To Month/Year

| | | | |
|---|---|---|---|
| Q. Resorts Inc. | | | Chairman |
| Employer's Name/Self-Employment | | | Your Title |
| 111 N.E. 1st Street Floor # 4 | | | 305.579.9082 |
| Employer's Street Address | | | Telephone Number |
| Miami | Fl. | U.S.A. | 33132 |
| City | State | Country | Zip Code |
| 2007- Present | | | |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| Jay Peak Ski & Summer Resort | | | Chairman |
| Employer's Name/Self-Employment | | | Your Title |
| Jay Peak | | | 305.342.0213 |
| Employer's Street Address | | | Telephone Number |
| Jay | VT | U.S.A. | |
| City | State | Country | Zip Code |
| 2007-Present | | | |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| Q. Burke Mountain Resort LLC | | | Chairman |
| Employer's Name/Self-Employment | | | Your Title |
| East Burke Mountain | | | 305.342.0213 |
| Employer's Street Address | | | Telephone Number |
| East Burke | VT | U.S.A. | |
| City | State | Country | Zip Code |
| 2012- Present | | | |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| N/A | | | |
| Employer's Name/Self-Employment | | | Your Title |
| | | | |
| Employer's Street Address | | | Telephone Number |
| | | | |
| City | State | Country | Zip Code |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| N/A | | | |
| Employer's Name/Self-Employment | | | Your Title |
| | | | |
| Employer's Street Address | | | Telephone Number |
| | | | |
| City | State | Country | Zip Code |
| Dates of Employment: Month/Year To Month/Year | | | |

Background Questionnaire
Page 6

| N/A | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | Your Title |

| | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |

| | | | |
|---|---|---|---|
| City | State | Country | Zip Code |

Dates of Employment: Month/Year To Month/Year

## PUBLICLY-HELD COMPANIES

19. Are you now, or have you ever been, an officer or director of any publicly-held company?
    Yes __ No X

    If yes, identify each such company and state your positions and the dates you held each position.
    N/A

20. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per cent or more of any class of equity securities of any publicly held company?
    Yes __ No X

    If yes, identify each such company, and state the amount, percentage, and dates of your ownership.
    N/A

**CONTINUE ON ADDITIONAL SHEETS IF NECESSARY**