## BACKGROUND QUESTIONNAIRE

Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.

Today's date: 5/12/14

1. What is your full name? William J. STENGER

2. Have you ever been known by any other name? Yes __ No X

   If yes, list each such name and the period(s) in which you were known by that name.

3. Social Security Number? ███-1451

4. Date and Place of Birth? ███-48  Corning, NY.

5. Country of Citizenship? USA

6. Marital Status? Married X  Divorced __ Single __

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; and (iii) your spouse's maiden name, if any.
   MARY JANE DELANEY STENGER

7. List the names, ages and occupations of your children, if any.
   ANDREW ███/72 Contractor Supervisor
   JAIME ███/74 Retail + Golf Operations
   MEREDITH ███/76 Stay at Home Mom
   Grasso



PLAINTIFF'S EXHIBIT 14

Background Questionnaire
Page 2

8. List all residences you occupied at any time during the last three years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address. 1276 Bluff Rd Newport, UT-
   40 College St. Burlington, UT.

## PRIOR PROCEEDINGS

9. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a federal or state agency, a federal or state court, a stock exchange, the National Association of Securities Dealers ("NASD") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions?  Yes __  No X

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.

10. Have you ever been deposed in connection with any court proceeding? Yes X No __

    If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed. I am in the Ski Resort business and have been in ski injury cases over the past 40 yrs.

11. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other federal agency, a state securities agency, the NASD or any stock exchange?  Yes __  No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.

Background Questionnaire
Page 3

_____
_____
_____
_____

12. Have you ever been a defendant in any action alleging violations of the federal securities laws? Yes __ No X

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

_____
_____
_____
_____

13. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense? Yes __ No X

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

_____
_____
_____
_____

## EDUCATIONAL HISTORY

14. Provide the requested information about each educational institution that you have attended beyond junior high school, beginning with the most recent and working backward to the date that you completed high school.

SYRACUSE UNIVERSITY
Name of School
SYRACUSE    N.Y.
City         State         Country         Zip Code
1969 - 71                   BS DEGREE       1971
Dates of Attendance: Month/Year to Month/Year    Degree/Major    Month/Year of Degree

Background Questionnaire
Page 4

| Corning Community College | | | |
|---|---|---|---|
| Name of School | | | |
| Corning        N.Y.          | Steuben | 14830 | |
| City            State         | Country | Zip Code | |
| 1967-69 | AS | June 1969 | |
| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree | |

| Corning East High | | | |
|---|---|---|---|
| Name of School | | | |
| Corning        N.Y.         | Steuben | 14830 | |
| City            State        | Country | Zip Code | |
| High School Diploma | | | |
| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree | |

| | | | |
|---|---|---|---|
| Name of School | | | |
| City | State | Country | Zip Code |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

15. Other than courses taken in connection with institutions listed in response to question 18, list any securities or business related courses taken since high school. For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.   **NONE**

___

### PROFESSIONAL LICENSES/CLUBS

16. Do you hold, or have you ever held, any professional license? Yes___ No _X_

    If yes, for each such license, identify: (i) the license; (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against you: and (vi) the outcome of any such disciplinary proceeding (e.g., reprimand, suspension, revocation).

17. Are you, or have you ever been, a member of any professional or business club or organization? Yes X  No __

    If yes, list for each: (i) the name of the club or organization; (ii) its address; and (iii) the date(s) of your membership. National Ski Areas Asso. 1974 to present
    Vermont Ski Areas Asso. 1984 to present
    Lake Champlain Chamber of Commerce 1984 to present

## EMPLOYMENT HISTORY

18. State your employment activities, beginning with the present and working backward to the date that you completed high school.

    Employer's Name/Self-Employment: Jay Peak Ski Resort
    Your Title: GM — President
    Employer's Street Address: RT 242
    City: Jay  State: VT  Country: Orleans
    Telephone Number: 802 988-2611
    Zip Code:
    Dates of Employment: 1984 to Present

    Employer's Name/Self-Employment: Blue Ridge Real Estate
    Your Title: Ski Area General Manager
    Employer's Street Address: RT 940
    City: White Haven  State: PA
    Telephone Number:
    Zip Code:
    Dates of Employment: 1974 to 84

    Employer's Name/Self-Employment: Eastern Ski Asso.
    Your Title:
    Employer's Street Address: 22 High St
    City: Brattleboro  State: VT
    Telephone Number:
    Zip Code:
    Dates of Employment: 1972-74

Background Questionnaire
Page 6

| | | | |
|---|---|---|---|
| *North Western Mutual* | | | *Life Ins. Salesman* |
| Employer's Name/Self-Employment | | | Your Title |
| *74 Clarendon St.* | | | |
| Employer's Street Address | | | Telephone Number |
| *Boston* | *MA* | | |
| City | State | Country | Zip Code |
| *1971-72* | | | |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | Your Title |
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | Your Title |
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Dates of Employment: Month/Year To Month/Year | | | |

| | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | Your Title |
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Dates of Employment: Month/Year To Month/Year | | | |

## PUBLICLY-HELD COMPANIES

19. Are you now, or have you ever been, an officer or director of any publicly-held company?
    Yes X  No __

Background Questionnaire
Page 7

    If yes, identify each such company and state your positions and the dates you held each position. _WAS ON BOD of CENTRAL VT Public Service Comp 2007 to 2013_

20. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per cent or more of any class of equity securities of any publicly held company?
Yes ___ No _X_

    If yes, identify each such company, and state the amount, percentage, and dates of your ownership.

_____
_____
_____

**CONTINUE ON ADDITIONAL SHEETS IF NECESSARY**