## BACKGROUND QUESTIONNAIRE

Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.

Today's date: July 18, 2014

1. What is your full name?
   - William John Kelly

2. Have you ever been known by any other name? Yes __ No X

   If yes, list each such name and the period(s) in which you were known by that name.
   _____
   _____
   _____

3. Date and Place of Birth?
   - ████, 1949   Marlborough Massachusetts, USA

4. Country of Citizenship?
   - USA

5. Marital Status? Married X Divorced __ Single __

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.
   - January 1996 to present, Kelly Dee Kelly, Kelly Deshazor, 47, Mom
   - September 1971 to 1973, Louise Kelly (Deceased), Louise Dec, N/A, Deceased

6. List the names, ages and occupations of your children, if any.
   - William D. Kelly, ██, None
   - Jessica Kelly, ██, None
   - Alexandra Kelly, ██, None

7. List all residences you occupied at any time during the last [three] years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
   - ████████████, Weston, Florida, 33331, July 1996 to Present, 954-349-0065

8. List all telephone numbers and telecommunication services that were in your name or that you regularly used at any time during the last [three] years. Include all residential, business, cellular, credit card, and VOIP telephone numbers, including those listed in your response to question 7, and services such as GoogleVoice, Skype, video conference

PLAINTIFF'S EXHIBIT 40

Background Questionnaire
Page 2

    services. For each telephone number, state the name(s) of the corresponding carrier(s) (*e.g.*, AT&T, Verizon, Vonage, Skype, etc.).
- 954-648-8395, At&T Wireless Services, Personal and Business
- 802-673-6327, AT&T Wireless Services, Business
- 802-327-2115, Jay Peak Resort Owned, Business
- 954-349-0065, At&T Residential Services, Personal Home Phone
- 954-328-8360, AT&T Wireless Services, Wife's personal cellphone
- 954-830-2488, AT&T Wireless Services, Son's personal cellphone
- 954-801-3478, AT&T Wireless Services, Daughter's personal cellphone
- 954-296-1172, AT&T Wireless Services, Daughter's personal cellphone

9. List the universal resource locator (URL) for all websites or blogs that you established or for which you had the authority to control content, at any time during the last [three] years. For each website, state the name(s) of the domain name registrar (*e.g.* GoDaddy) through which the URL was obtained, the name(s) of all individuals or entities who provided web site hosting or design services, whether the website contained primarily business or personal information, and the time period in which it was active.
    - www.northeastcontractservices.com, Go daddy, IM Inc., Business, 2012 – Present
    - www.qburke.com, Go Daddy, Business, active 2012 – Present but never used
    - www.wjkelly.com, Network Solutions, Go Daddy, Personal, 1990 – Present
    - www.kdkelly.com, Network Solutions, Go Daddy, Personal, 1996 - Present
    - www.wdkelly.com, Network Solutions, Go Daddy, Personal, 1999 – Present
    - www.jessicadaniele.com, Network Solutions, Go Daddy, Personal, 2000 – Present
    - www.alexandrajane.com, Network Solutions, Go Daddy, Personal, 2001 – Present
    - www.partyrelease.com, Go Daddy, Go Daddy, Personal, 2012 - Present

10. List all electronic mail addresses and social networking accounts (*e.g.* Facebook, LinkedIn, Twitter, Instagram, Flickr, and Google+) that were in your name or that you regularly used at any time during the last [three] years. Include all personal, business and shared electronic mail addresses and social networking accounts. For each electronic mail address and social networking account, state the name(s) of the corresponding internet service provider(s) (*e.g.*, Google, Yahoo, AOL, or your employer), whether the address was used primarily for business or personal correspondence, and the time period in which it was active.
    - wjkelly@mindspring.com, Mindspring, Personal and Business, 1990 – Present
    - wjkelly@me.com, Apple, Personal but not used, 2007 – Present
    - Wkelly22@gmail.com, Google, Personal but not used, 2013 – Present
    - wjkelly@jaypeakresort.com, Employer, Business but not used, 2011 – Present
    - wjkelly@mindspring.com is the access to my Bill Kelly Facebook account 2005 - Present

11. List all usernames for instant messaging and similar electronic communication services (including, but not limited to, Bloomberg, Skype, whatsapp), other than those listed in your response to questions 8 through 10, that were in your name or that you regularly used at any time during the last [three] years. Include all personal, business and shared addresses. For each username, state the name(s) of the communication service provider (*e.g.*, Google, AOL, etc.), whether the address was used primarily for business or personal correspondence, the time period in which it was active, and the name of the software application(s) (*e.g.*, GTalk, ICQ, MSN Messenger) you used to access it.
    - Skype, personal but not used, 1996 - present

12. List all internet message boards or discussion forums (including, but not limited to, Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a member or on which you posted any messages at any time during the last [three] years. For each message board or discussion forum, state the service provider and your member name or identification information.
    - None

## PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held company? Yes __ No X

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state your positions (including membership on any Board or management committees) and the dates you held each position.

    _____
    _____
    _____

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per cent or more of any class of equity securities of any publicly held company? Yes __ No X

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state the amount, percentage, and dates of your ownership.

    _____
    _____
    _____

Background Questionnaire
Page 4

## PRIVATELY-HELD COMPANIES

15. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)? Yes X No

    - My ownership of any privately held company (see answer to question 16 below for the names of all companies) has always been direct. No indirect beneficial.

    If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.

    - The answer to this question is the same data as the answer for question 16 below.

16. Are you now, or have you ever been, a manager or a member of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)? Yes X No__

    If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.
    - North East Contract Services, LLC, 172 Bogner Drive, Newport, VT 05855, Owner and Managing Member, 2012 – Present
    - Inner Circle Professional Services, LLC, 3460 Stallion Lane, Weston, FL 33331, Owner and Managing Member, 2009- Present
    - Technology Tree International, LLC, 111 NE 1st Street, Miami, FL 33132, Member, 1999 – 2011
    - Power2Insure, LLC, 1219 Weston Road, Weston, Fl, 33326, Member, 1997 – 2000
    - Claim Card Inc, Town Center Drive, Weston FL33331, shareholder, 1997 - 2004

## SECURITIES ACCOUNTS

17. List all securities or brokerage accounts that you have held in your name, individually or jointly, at any time during the last [three] years. Include all foreign accounts. For each such account, identify: (i) the brokerage firm; (ii) the location of the branch where your account is or was held; (iii) your broker; (iv) the type of account (*i.e.*, cash, margin or IRA); (v) the account number; and (vi) whether any person has ever held discretionary authority or power of attorney over the account; if so, name such person(s).

    - None

Background Questionnaire
Page 5

18. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17, in which you had any direct or indirect beneficial interest at any time during the last [three] years. For each such account, provide the information requested by question 17.

- None

19. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17 or 18, over which you had any control at any time during the last [three] years. For each such account, provide the information requested by question 17.

- None

## BANK ACCOUNTS

20. List all accounts you have held in your name at any financial institution (*i.e.*, bank, thrift, or credit union) at any time during the last [three] years. Include all foreign accounts. For each such account, identify: (i) the financial institution; (ii) the address of the branch at which your account is or was held; (iii) the type of account (*i.e.*, checking, savings, money market or IRA); (iv) the account number; and (v) whether any person has ever had discretionary authority or power of attorney over the account; if so, name such person(s).

- SunTrust Bank, 1200 Weston Road, Weston, FL 33326, Business Checking, ████████9480, No
- SunTrust Bank, 1200 Weston Road, Weston, FL 33326, Business Money Market, ████████0754, No
- SunTrust Bank, 1200 Weston Road, Weston, FL 33326, Business Money Market, ████████8422, No
- SunTrust Bank, 1200 Weston Road, Weston, FL 33326, Personal Savings, ████████8351, Wife as co-owner of account
- SunTrust Bank, 1200 Weston Road, Weston, FL 33326, Personal Checking, ████████1491, Wife as co-owner of account
- Bank of America, 1219 Weston Road, Weston, FL 33326, Personal Checking, ████████6196, Wife as co-owner of account
- Bank of America, 1219 Weston Road, Weston, FL 33326, Personal Checking, ████████6109, Wife as co-owner of account
- Bank of America, 1219 Weston Road, Weston, FL 33326, Personal Checking, ████████0304, Wife as co-owner of account

Background Questionnaire
Page 6

- Bank of America, 1219 Weston Road, Weston, FL 33326, Personal Checking, ▇▇▇▇0317, Wife as co-owner of account
- Bank of America, 1219 Weston Road, Weston, FL 33326, Home Equity Line of Credit, ▇▇▇▇2199, Wife as co-owner of account
- Chase Bank, 1919 Town Center Blvd, Weston, FL, 33326, Business Checking, ▇▇▇▇2182, No
- Chase Bank, 1919 Town Center Blvd, Weston, FL, 33326, Business Money Mkt, ▇▇▇▇1967, No
- Chase Bank, 1919 Town Center Blvd, Weston, FL, 33326, Business Money Mkt ▇▇▇▇2320, No
- Chase Bank, 1919 Town Center Blvd, Weston, FL, 33326, Personal Checking, ▇▇▇▇8621, Wife as co-owner of account
- Peoples Bank, 2 Burlington Square, Burlington VT 05401, Business Checking, ▇▇▇▇0221, No

21. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20, in which you had any direct or indirect beneficial interest at any time during the last [three] years. For each such account, provide the information requested by question 20.

    - Fidelity Retirement Plans Shawmut (Bank of America) Pension Plans, PO Box 770003, Cincinnati, OH 45277-0070 2054934279087

22. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20 or 21, over which you had any control at any time during the last [three] years. For each such account, provide the information requested by question 20.

    - None

23. List any other accounts (including foreign accounts), other than those listed in your answers to questions 20 through 22, that were held in your name, in which you had any direct or indirect beneficial interest, or over which you had any control, that you have used to transfer funds in the last [three] years, including, but not limited to, PayPal accounts. For each such account, provide the information requested by question 20.

    - None

Background Questionnaire
Page 7

## PRIOR PROCEEDINGS

24. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a U.S. or foreign federal or state agency, a U.S. or foreign federal or state court, a stock exchange, the Financial Industry Regulatory Authority ("FINRA") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions?  Yes __  No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.

    _____
    _____
    _____
    _____

25. Have you ever been deposed in connection with any court proceeding?  Yes __  No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed.

    _____
    _____
    _____
    _____

26. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other U.S. or foreign federal agency, a state securities agency, FINRA, an SRO, or any exchange?  Yes __  No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.

    _____
    _____
    _____
    _____

Background Questionnaire
Page 8

27. Have you ever been a defendant in any action (other than those listed in response to question 26) alleging violations of the federal securities laws? Yes __ No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

    _____
    _____
    _____
    _____

28. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense? Yes __ No X

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

    _____
    _____
    _____
    _____

## EDUCATIONAL HISTORY

29. Provide the requested information about each educational institution that you have attended, beginning with the most recent and working backward to the date that you completed high school.

| Western New England University, School of Law | | | |
|---|---|---|---|
| Name of School | | | |
| Wilbraham | Massachusetts | USA | 01119 |
| City | State | Country | Zip Code |
| 1979 to 1982 | | JD | 1982 |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

| University of Massachusetts Amherst | | | |
|---|---|---|---|
| Name of School | | | |
| Amherst | Massachusetts | USA | 01003 |
| City | State | Country | Zip Code |
| 1974 to 1978 | | BA | 1978 |
| Dates of Attendance: Month/Year to Month/Year | | Degree/Major | Month/Year of Degree |

Ludlow High School
Name of School

| Ludlow | Massachusetts | USA | 01056 |
|---|---|---|---|
| City | State | Country | Zip Code |

1964 to 1965 & 1966 to 1967    HS    1967
Dates of Attendance: Month/Year to Month/Year    Degree/Major    Month/Year of Degree

Hudson High School
Name of School

| Hudson | Ohio | USA | 44236 |
|---|---|---|---|
| City | State | Country | Zip Code |

1965 to 1966    N/A    N/A
Dates of Attendance: Month/Year to Month/Year    Degree/Major    Month/Year of Degree

30. Other than courses taken in connection with institutions listed in response to question 29, list any securities, accounting or business related courses taken since high school. For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.

Insurance Agents License, 1982, Massachusetts, Do Not Recall the name of the course

PROFESSIONAL LICENSES/CLUBS

31. Do you hold, or have you ever held, any professional license? Yes__ No X

If yes, for each such license, identify: (i) the license number or attorney bar number; (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against you: and (vi) the outcome of any such disciplinary proceeding (*e.g.*, reprimand, suspension, revocation).

_____
_____
_____
_____

Background Questionnaire
Page 10

32. Are you, or have you ever been, a member of any professional or business club or organization?  Yes __ No X

    If yes, list for each: (i) the name of the club or organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service.

    _____
    _____
    _____
    _____

33. Are you, or have you been in the last [three] years, a member of any social clubs, charities or nonprofit organizations?  Yes ___ No X

    If yes, list for each: (i) the name of the social club, charity or nonprofit organization; (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board member, committee member, etc.) including title and dates of service..

    _____
    _____
    _____
    _____

## EMPLOYMENT HISTORY

34. Are you, or have you ever been, an employee of a broker, dealer, investment adviser, investment company, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization?  Yes ___ No X

    If yes, list for each: (i) the jurisdiction of the entity; (ii) your CRD number; (iii) the entity's CRD number; (iv) the entity's SEC File number; (v) the entity's CUSIP number; and (vi) any foreign registration information similar to the foregoing.

    - I have been employed by Bank Holding Companies as listed below in employment history, but never with responsibilities for securities, broker, dealer, investment advisor, investment company, municipal securities dealer, municipal advisor, cash management, arbitrage, transfer agent or any other similar responsibilities while employed there.

Background Questionnaire
Page 11

35. State your employment activities, beginning with the present and working backward to the date that you completed high school and attach a recent copy of your resume or curriculum vitae.

Self Employed
*Employer's Name/Self-Employment*
3460 Stallion Lane
*Employer's Street Address*

| Weston | Florida | USA |
|---|---|---|
| City | State | Country |

954-648-8395
*Telephone Number*
33331
*Zip Code*

Consultant          1994 to Present
*Title*              *Dates of Employment*              *Supervisor*

Inner Circle Professional Services
*Employer's Name/Self-Employment*
3460 Stallion Lane
*Employer's Street Address*

| Weston | Florida | USA |
|---|---|---|
| City | State | Country |

954-648-8395
*Telephone Number*
33331
*Zip Code*

President           2013 to Present
*Title*              *Dates of Employment*              *Supervisor*

Jay Peak Resort
*Employer's Name/Self-Employment*
111 NE 1st Street
*Employer's Street Address*

| Miami | Florida | USA |
|---|---|---|
| City | State | Country |

802-327-2115
*Telephone Number*
33132
*Zip Code*

COO                 August 2011 to Present              President and Chairman
*Title*              *Dates of Employment*              *Supervisor*

Connecticut National Bank / Shawmut National Bank
*Employer's Name/Self-Employment*
777 Main Street
*Employer's Street Address*

| Hartford | Connecticut | USA |
|---|---|---|
| City | State | Country |

*Telephone Number*
06103
*Zip Code*

Vice President      1985 to 1994                        John Hamill, President
*Title*              *Dates of Employment*              *Supervisor*

Background Questionnaire
Page 12

Palmer, Goodell, Preston, Keeney & Olmstead
Employer's Name/Self-Employment
Baystate Tower, Main Street
Employer's Street Address                                           Telephone Number
Springfield        Massachusetts        USA              01101
City               State                Country          Zip Code
Workers Comp Self Insured Accounts Manager 1982 to 1985   Russell Preston, Principal
Title                   Dates of Employment                        Supervisor

Ludlow Fire department
Employer's Name/Self-Employment
Chapin Street
Employer's Street Address                                           Telephone Number
Ludlow             Massachusetts        USA              01056
City               State                Country          Zip Code
Full Time Fire Fighter        1970 to 1980              Homer Dubois, Chief
Title                   Dates of Employment                        Supervisor

United States Marine Corp
Employer's Name/Self-Employment

LCPL,      Vietnam Veteran        1968 to 1970
Title                   Dates of Employment                        Supervisor

No Resume Available

CONTINUE ON ADDITIONAL SHEETS IF NECESSARY