PW-02160



AnC Bio Vermont
Opening December 2016