```
                                              ●●●●●●1205        PAGE

#XXH1136DPCSTM          ●●●●●●●●●●●●21205

Statement of Account
●●●●●●1205
Jay Peak Hotel Suites Lp
Page 5 of 6

Date   Description              Additions     Subtractions       Balance

02-23  #ACH Credit              12,420.44   091000018338358     678,098.99
       Merchant Banked Deposit
       120223 498205231885
02-23  #Wire Xfr Out Domstc 001000223084239    -9,625.82         668,473.17
02-23  #Service Charge      000000000000000       -12.50         668,460.67
       Wireout Domstc Bob
02-23  #IN-Branch Xfr Debit 000000223084124    -61,897.47        606,563.20
       Transfer To Deposit Account
       ●●●●●●1221
02-24  #ACH Credit               4,476.05   091000014168938     611,039.25
       Merchant Banked Deposit
       12●●●●●●●●●●●1885
02-24  #ACH Credit               2,596.51   091000018236156     613,635.76
       American Express Settlement
       1●●●●●●●●●●7355
02-27  #ACH Credit              14,228.57   091000011715772     627,864.33
       American Express Settlement
       ●●●●●●●●●●●7355
02-27  #ACH Credit              13,822.76   091000010638308     641,687.09
       Merchant Banked Deposit
       ●●●●●●●●●●●●1885
02-27  #ACH Credit               7,298.45   091000016775041     648,985.54
       Merchant Banked Deposit
       ●●●●●●●●●●●●31885
02-27  #ACH Credit               6,559.39   091000014263511     655,544.93
       Merchant Banked Deposit
       ●●●●●●●●●●●●1885
02-27  #ACH Credit               5,085.72   091000018022401     660,630.65
       American Express Settlement
       ●●●●●●●●●●●7355
02-27  #ACH Credit                  81.06   091000016771451     660,711.71
       Merchant Banked Chgbk Rev
       ●●●●●●●●●●●●1885
02-27  #ACH Withdrawal     211274454222400    -18,936.00         641,775.71
       State Of Vermont Bizfile_ac
       120227
02-28  #ACH Credit              17,987.54   091000017115199     659,763.25
       Merchant Banked Deposit
       ●●●●●●●●●●●●1885
02-28  #ACH Credit               2,205.66   091000011843946     661,968.91
       American Express Settlement
       ●●●●●●●●●●●7355
02-29  #Deposit                  1,200.01   000007413448550     663,168.92
02-29  #Deposit                  1,085.20   000007413448490     664,254.12
02-29  #Deposit                    558.00   000007413448510     664,812.12
02-29  #Deposit                    470.87   000007413448530     665,282.99
02-29  #ACH Credit              13,853.97   091000012353834     679,136.96
       Merchant Banked Deposit
       ●●●●●●●●●●●●1885
```



PLAINTIFF'S EXHIBIT 85

SEC-PUB-P-0000443

```
                                                        ●●●●●1221           PAGE
```

##XXH1136DPCSTM                    ●●●●●●●●●●521221

Statement of Account
●●●●●●1221

JAY PEAK HOTEL SUITES LP                           February 29, 2012
HOTEL SUITES ACCT                     Total days in statement period: 29
4850 VT RTE 242                                                    (0 )
NORTH TROY VT 05859-9801                                  Page   1 of  2

Direct Inquiries to:
CALL CENTER
1-800-894-0300

Peoples United Bank
2 Burlington Square
Burlington VT            05401

Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Business Money Market Checking | ●●●●●●1221 | $66,799.36 |

Business Money Market Checking   0016521221

Average balance              $19,815.91
Interest paid year to date       $32.94

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-31 | Beginning balance | | | $4,875.14 |
| 02-23 | #IN-Branch Xfr Credit | 61,897.47 | 000000223084124 | 66,772.61 |
| | Transfer From Deposit Account ●●●●●21205 | | | |
| 02-29 | #Interest | 26.75 | 000000000000000 | 66,799.36 |
| 02-29 | Ending totals | 61,924.22 | .00 | $66,799.36 |

            Annual percentage yield earned      1.72%
            Interest-bearing days                 29
            Average balance for APY       $19,815.91
            Interest earned                   $26.75

████1221        PAGE

##XXH1136DPCSTM        ████████1221

Statement of Account
████1221
Jay Peak Hotel Suites Lp
Page  2 of  2

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |