**From:** William Kelly <wjkelly@mindspring.com>
**Sent time:** Tuesday, 03 December 2013 15:13:48
**To:** Ariel Quiros
**Subject:** RE: JPBMRP LP status as of 12/2/2013

Ariel,
I WILL NOT SEND THE REPORT TO DAVID.
In terms of my lack of communication:
I called you about 8 times while I was in Vermont with NO answers or return phone calls.
I called you as soon as I arrived back in Florida this morning to arrange to see you today. NO return phone call.
I worked around the clock while in Vermont.
Because you will not answer my questions on the phone – I send you detailed letters asking for direction – 2 this month alone. NO answers.
If you are unhappy with my work or our communications with each other – we should do something about it.
I am a never ending, stay in the foxhole, results oriented, results getting, attorney who is invaluable to your organization.

I don't complain. I just keep on doing, even though no one addresses my concerns.

Bill
PS: Looking forward to seeing you if you would call me!!

---

**From:** Ariel Quiros [mailto:aquiros@qresortsinc.com]
**Sent:** Tuesday, December 3, 2013 3:58 AM
**To:** William Kelly
**Subject:** RE: JPBMRP LP status as of 12/2/2013

KELLY, DON'T SEND .THERE IS SOMETHING THERE I DON'T LIKE . WHAT I WOULD LIKE IS FOR MY COO TO COMMUNICATE WITH ME FACE TO FACE . YOU JUST DON'T GET IT. I DON'T KNOW ANYMORE WHAT TO DO WITH YOU. RGDS QUIROS   PS I DON'T CARE WHAT YOU WRITE BACK IN YOUR PERFECT WRITING .WHAT I NEED ARE ROUTINE FACE TO FACE TALKS AT MY OFFICE .YOU ARE BEING PAID A LOTS OF MONEY . YOUR STYLE OF COMMUNICATION MUST STOP.IM GIVING YOU FAIR WARNING.PLEASE ACT AND FIX THIS COMMUNICATION PROBLEM . RGDS QUIROS

---

**From:** William Kelly [mailto:wjkelly@mindspring.com]
**Sent:** Tuesday, December 03, 2013 2:21 AM
**To:** Ariel Quiros
**Subject:** FW: JPBMRP LP status as of 12/2/2013

Ariel,
Please see the attached report with 3 different tabs.
This is the information that David is asking me for no later than tomorrow.
I can trim down whatever portion of this report that you feel that we don't need to send to David.
Otherwise would you approve my sending it to David as is?
Bill K

---

**From:** Heather Whipkey [mailto:hwhipkey@jaypeakresort.com]
**Sent:** Monday, December 2, 2013 2:15 PM
**To:** bstenger@jaypeakresort.com; 'George Gulisano'; 'William J. Kelly'; 'Mr. Quiros'
**Cc:** 'Alex MacLean'; 'lbutton'
**Subject:** JPBMRP LP status as of 12/2/2013

I hope this email finds you well and hope you had a nice Thanksgiving.
Please see attached file detailing cash by investor for the JPBMRP LP and AnC Bio Vermont LLC People's Wealth Management accounts.
Total capital transferred to RJ $49,000,000 (98 investors).
Pending transfers are:
12/2 requested $500K from escrow to RJ (Hanna)
Please let me know if you need anything else.

JPI 108041


PLAINTIFF'S EXHIBIT

Best Regards, Heather

*Heather M. Whipkey, CPA*
*Manager of Partnership Accounting*

**JAY PEAK**
V E R M O N T
*830 Jay Peak Road*
*Jay, Vermont 05859*
*802-327-2111 P*
*802-988-4049 F*

IMPORTANT DISCLAIMER:  This message is intended for the uses of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone at (802) 327-2111 and/or email and delete the original message.  Thank you.