# Exhibit 8

Exhibit 8

## AnC Bio Pharm, Inc
10th Floor H&S Tower 119-2 Nonhyun-dong, Gangnam-gu, Seoul, Korea
Phone: +82-(0)2-549-7088 Fax: +82-(0)2-549-7044 www.ancbio.com

---

# PROFORMA INVOICE

**Date**         : Feb 8, 2013
**Offer No.**    : ANCBP-13020801-pdavt
**To**           : Ariel Ivan Quiros / AnC Bio VT LLC.

Dear Sirs,

In relation to your inquiry, we take a pleasure to issue this offer under the following terms and conditions hereinafter.

## 1. DESCRIPTION

Planning and Design for GMP (Good Manufacturing Practice) Cell Process and Artificial Organ Assembly Factory as shown in Business Proposal submitted.

This includes;

a) Conceptual Design & Floor Plan
b) Basic Design for Utilities and Building
   - Architecture Design
   - Engineering Design
   - Clean Zone Design
   - Material & Personnel Flow Design
   - Clean Utility & Black Utility
   - Risk Analysis
c) Detailed Design for Utilities and Building
   - Architecture Design
   - Engineering Design
   - Clean Zone Design
   - Material & Personnel Flow Design
   - Clean Utility & Black Utility
   - Risk Analysis
d) Final Review for GMP Issues

## 2. PRICE

Lump-Sum Price shall be U$2,100,000 (Two Million One Hundred Thousand U.S. Dollars Only)

## 3. PAYMENT AND BANK INFORMATION

By a T/T wire transfer to the following schedule and bank account. The bank account can be altered into other account upon the request of the beneficiary.

**PAYMENT SCHEDULE**

- The first payment in amount of U$ 1,600,000 (One Million Six Hundred Thousand U.S. Dollars Only) shall be transferred to the beneficiary by the date of March 28, 2013.
- From the next month after the first payment stated above, amount of U$ 26,250 (Twenty Six Thousand and Two Hundred Fifty U.S. Dollars Only) per month for total eighteen months shall be transferred to the beneficiary by the end date of each month. These payments should be deemed as the second payment through the nineteenth payment.
- The final payment in amount of U$ 27,500 (Twenty Seven Thousand and Five Hundred U.S. Dollars Only) shall be transferred to the beneficiary by the end date of the next month of the nineteenth payment.

## BANK INFORMATION

Beneficiary (Account Holder): AnC Bio Pharm Inc.
Account No.: 650-008812-329
Name of the Bank: Korea Exchange Bank, YEOKSAM STATION BRANCH
SWIFT BIC: KOEXKRSE
Address of Bank: 679-4 YOKSAMDONG, GANGNAM-GU, SEOUL, 135-180 KOREA
Phone: +82-(0)2-558-6003

## 4. VALIDITY

This invoice is valid until December 31, 2014.


Faithfully Yours,


**Presented By**

**AnC Bio Pharm**

*[signature]*

_____

**WonGyu Jang / President**

**Accepted By**

**AnC Bio VT LLC.**

*[signature]*

_____

**Ariel L. Quiros / CEO**

# AnC Bio Pharm, Inc
**10th Floor H&S Tower 119-2 Nonhyun-dong, Gangnam-gu, Seoul, Korea**
**Phone: +82-(0)2-549-7088 Fax: +82-(0)2-549-7044 www.ancbio.com**

---

## PROFORMA INVOICE

**Date** : Feb 8, 2013
**Offer No.** : ANCBP-13020802-emavt
**To** : Ariel Ivan Quiros / AnC Bio VT LLC.

Dear Sirs,

In relation to your inquiry, we take a pleasure to issue this offer under the following terms and conditions hereinafter.

### 1. GENERAL DESCRIPTION

BMS/EMS (Building Management System & Environmental Monitoring System) for controlling Cell Process and Artificial Organ Assembly Factory as shown in Business Proposal submitted.

### 2. SPECIFICATION

AnC EQ No.: EQN-M100-103, which is consist of;

a) Electric Power Control
b) Lighting Control
c) GMP System Control (Room Monitoring)
   - Central Monitoring Unit (SYS600APOGEE)
   - Remote Control (Validation DDC)
   - Room Temperature/Humidity Detector with Sensor (4-20mA)
   - Room Independent Humidity Detector with Sensor
   - Remote Particle Counter with Sensor
   - Signal Distributor for Differential Pressure Sensor
   - Calibration & Qualification
d) Non-GMP System Control (Utility)
   - Central Monitoring Unit (SYS600APOGEE)
   - Remote Control (Validation DDC)
   - Temperature/Humidity Detector with Sensor
   - Pressure Sensor for Duct
   - Air Differential Pressure Detector Switch
   - Temperature/Humidity Detector for Ducting
   - Invert Panel
   - HVAC Control Valve
   - Calibration & Qualification
e) Validation and Commissioning of the entire system

### 3. QUANTITY AND PRICE

Lump-Sum Price shall be U$2,000,000 (Two Million U.S. Dollars Only)

## 4. PAYMENT AND BANK INFORMATION

By a T/T wire transfer to the following schedule and bank account. The bank account can be altered into other account upon the request of the beneficiary.

### **PAYMENT SCHEDULE**

- The first payment in amount of U$ 100,000 (One Hundred Thousand U.S. Dollars Only) shall be transferred to the beneficiary by the date of March 28, 2013.
- From the next month after the first payment stated above, amount of U$ 100,250 (One Hundred Thousand and Two Hundred Fifty U.S. Dollars Only) per month for total eighteen months shall be transferred to the beneficiary by the end date of each month. These payments should be deemed as the second payment through the nineteenth payment.
- The final payment in amount of U$ 95,500 (Ninety Five Thousand and Five Hundred U.S. Dollars Only) shall be transferred to the beneficiary by the end date of the next month of the nineteenth payment.

### **BANK INFORMATION**

Beneficiary (Account Holder): AnC Bio Pharm Inc.
Account No.: 650-008812-329
Name of the Bank: Korea Exchange Bank, YEOKSAM STATION BRANCH
SWIFT BIC: KOEXKRSE
Address of Bank: 679-4 YOKSAMDONG, GANGNAM-GU, SEOUL, 135-180 KOREA
Phone: +82-(0)2-558-6003

## 5. VALIDITY

This invoice is valid until Dec 31, 2014.

## 6. SHIPMENT

The shipment shall be effected according to project schedule and construction progress under mutual discussion between AnC Bio Pharm and AnC Bio VT LLC.

## 7. PACKAGE

Export Standard Package.

## 8. INSPECTION

Supplier's inspection shall be final.


Faithfully Yours,

| Presented By | Accepted By |
|---|---|
| **AnC Bio Pharm** | **AnC Bio VT LLC.** |
| *(signature)* | *(signature)* |
| **WonGyu Jang / President** | **Ariel I. Quiros / CEO** |

# AnC Bio Pharm, Inc
10th Floor H&S Tower 119-2 Nonhyun-dong, Gangnam-gu, Seoul, Korea
Phone: +82-(0)2-549-7088 Fax: +82-(0)2-549-7044 www.ancbio.com

---

## PROFORMA INVOICE

**Date**         : Feb 8, 2013
**Offer No.**    : ANCBP-13020804-ttavt
**To**           : Ariel Ivan Quiros / AnC Bio VT LLC.

Dear Sirs,

In relation to your inquiry, we take a pleasure to issue this offer under the following terms and conditions hereinafter.

### 1. DESCRIPTION

Technical knowledge and Distribution Rights for Cell Process and Artificial Organ.
This includes;

a) Providing manufacturing and marketing rights of licensed products in the geographical area of North America
   - T-PLS (Artificial Heart-Lung Device)
   - C-PAK (Artificial Kidney Device)
   - E-Liver (Artificial Liver Device)
b) Providing Technical knowledge in relation to cell therapy and artificial organ technologies that are owned by AnC, which shall be described in detail in separate documents.
c) Guidance in the process of regulatory approvals for the production and sales
d) Providing Training of technical expertise for GMP operation
e) Providing Know-How for managing GMP facility
f) Licensing of SOPs that AnC Bio developed and owns.
g) Providing regulatory expertise in development of SOPs, investigator brochures and investigational New Drug (IND) applications
h) Providing expertise in the design and execution of clinical trials

### 2. PRICE

Total Lump-Sum Price shall be U$10,000,000 (Ten Million U.S. Dollars Only)

### 3. PAYMENT AND BANK INFORMATION

By a T/T wire transfer to the following schedule and bank account. The bank account can be altered into other account upon the request of the beneficiary.

**PAYMENT SCHEDULE**

- One payment in the amount of U$ 10,000,000 (Ten Million U.S. Dollars Only) shall be transferred to the beneficiary by the date of March 28, 2013.

### BANK INFORMATION

Beneficiary (Account Holder): AnC Bio Pharm Inc.
Account No.: 650-008812-329
Name of the Bank: Korea Exchange Bank, YEOKSAM STATION BRANCH
SWIFT BIC: KOEXKRSE
Address of Bank: 679-4 YOKSAMDONG, GANGNAM-GU, SEOUL, 135-180 KOREA
Phone: +82-(0)2-558-6003

## 4. VALIDITY

This invoice is valid until Dec 31, 2014.

Faithfully Yours,

**Presented By**

**AnC Bio Pharm**

**WonGyu Jang / President**

**Accepted By**

**AnC Bio VT LLC.**

**Ariel I. Quiros / CEO**

# AnC Bio Pharm, Inc
10th Floor H&S Tower 119-2 Nonhyun-dong, Gangnam-gu, Seoul, Korea
Phone: +82-(0)2-549-7088 Fax: +82-(0)2-549-7044 www.ancbio.com

# PROFORMA INVOICE

**Date**            : Feb 8, 2013
**Offer No.**       : ANCBP-13020803-eqavt
**To**              : Ariel Ivan Quiros / AnC Bio VT LLC.

Dear Sirs,

In relation to your inquiry, we take a pleasure to issue this offer under the following terms and conditions hereinafter.

## 1. DESCRIPTION

GMP (Good Manufacturing Practice) Equipment, including technical advice, validation and certification of equipment upon delivery and set up, for establishment of Cell Process and Artificial Organ Assembly Factory as shown in Business Proposal submitted. Please refer to the list of equipment as attached as ANNEX.

## 2. QUANTITY AND PRICE

Lump-Sum Price shall be U$40,000,000 (Forty Million U.S. Dollars Only).

## 3. PAYMENT AND BANK INFORMATION

By a T/T wire transfer to the following schedule and bank account. The bank account can be altered into other account upon the request of the beneficiary.

### PAYMENT SCHEDULE

- Beginning in April 2013, the amount of U$ 1,000,000 (One Million U.S. Dollars Only) each month for a total of eighteen months shall be transferred to the beneficiary by the end date of each month. These payments should be deemed as the first payment through the eighteenth payment. These payments will be used to make deposits upon equipment to be ordered.
- In addition to the payments listed above, as equipment is delivered to AnC Bio Vt LLC, and as final invoices and packing slips are tendered, final payment of any balances remaining on equipment delivered will be due to AnC Bio Pharm, Inc. within thirty (30) days after final invoicing for each piece of equipment.

### BANK INFORMATION

Beneficiary (Account Holder): AnC Bio Pharm Inc.
Account No.: 650-008812-329
Name of the Bank: Korea Exchange Bank, YEOKSAM STATION BRANCH

SWIFT BIC: KOEXKRSE
Address of Bank: 679-4 YOKSAMDONG, GANGNAM-GU, SEOUL, 135-180 KOREA
Phone: +82-(0)2-558-6003

## 4. VALIDITY

This invoice is valid until Dec. 31, 2014.
Payments under this invoice and under final invoicing as equipment is delivered will be valid until the U$40,000,000 (Forty Million U.S. Dollars Only) of equipment is delivered to AnC Bio Vt LLC.

## 5. SHIPMENT

The shipment shall be effected according to project schedule and construction progress under mutual discussion between AnC Bio Pharm and AnC Bio VT LLC.

## 6. PACKAGE

Export Standard Package

## 7. INSPECTION

Supplier's inspection shall be final.


Faithfully Yours,


**Presented By**

**AnC Bio Pharm**

_____
**WonGyu Jang / President**

**Accepted By**

**AnC Bio VT LLC.**

_____
**Ariel I. Quiros / CEO**

ANNEX

| Division | Parts | DESCRIPTION | Quantity |
|---|---|---|---|
| Basic | Utilities | Equipments for Purified Water(USP ) system | 1 |
| | Utilities | Equipments Clean Compressed air system (EQ) | 1 |
| | Utilities | Equipments CO2 supply system (EQ) | 1 |
| | Utilities | Equipments N2 supply system (EQ) | 1 |
| | Utilities | Equipment for Clean Steam generators (EQ) | 1 |
| | Facilities | GMP parts for the use of BMS/EMS | TBD |
| CT | PD | LFBSC (CRS) | 40 |
| | | Centrifuge | 20 |
| | | CO2 Incubator | 80 |
| | | Orbital shaker | 20 |
| | | Varialvel speed pump | 40 |
| | | Balance | 20 |
| | | Sterile welder | 20 |
| | | Impulse sealer | 20 |
| | | Microscope(inverted) | 20 |
| | | Dry bath | 20 |
| | | Pipette aid | 40 |
| | | Heat sealer | 20 |
| | | Label printer | 3 |
| | | LN2 Tank ( for Storage) | 3 |
| | | LN2 supply tank | 4 |
| | | Temperature controlled freezer | 3 |
| | | CO2 supply / gassing supply / sterile | 3 |
| | | Purified water supply | 1 |
| | | Compressed air supply | 3 |

|  |  | Equipment | Qty |
|---|---|---|---|
|  |  | Vacuum supply | 3 |
|  |  | Autoclave | 2 |
|  |  | Washing machine | 1 |
|  |  | Dry oven | 1 |
|  |  | Shaking water bath | 3 |
|  |  | Filter integrity tester | 3 |
|  |  | Flexible tube pump for media filtration | 6 |
|  |  | Conductivity tester | 3 |
|  |  | Balance(micro) | 3 |
|  |  | Balance(macro) | 3 |
|  |  | pH meter | 3 |
|  |  | Freezer -20°C | 5 |
|  |  | Refrigerator 4°C | 5 |
|  |  | Particle counter | 43 |
|  |  | SUS wares for clean rooms | TBD |
|  |  | SUM_CTPD | 464 |
|  | QO | LFBSC (CRS) | 6 |
|  |  | 3rd Distilled Water system | 1 |
|  |  | Microorganism Culture Incubator | 4 |
|  |  | Autoclave | 1 |
|  |  | BacT alert | 1 |
|  |  | Balance(macro) | 5 |
|  |  | Balance(micro) | 2 |
|  |  | Centrifuge | 2 |
|  |  | Chemical hood | 4 |
|  |  | CO2 Incubator | 5 |
|  |  | Conductivity tester | 1 |
|  |  | Dry oven | 2 |
|  |  | DW generator | 1 |
|  |  | ELISA reader | 2 |
|  |  | Endotoxin analyzer | 1 |
|  |  | Freezer -20°C | 6 |
|  |  | Freezer -80°C | 2 |

| | | | |
|---|---|---|---|
| | | Furniture for personnel airlock | 1 |
| | | Furniture for storage | 1 |
| | | Gel imaging and analysis system | 1 |
| | | GUAVA | 2 |
| | | HPLC | 1 |
| | | Ice maker | 1 |
| | | Incubator(22°C) | 4 |
| | | Lab. Furniture | 1 |
| | | LN2 Tank( For Lab) | 1 |
| | | Micro centrifuge | 2 |
| | | Microscope(inverted) | 2 |
| | | Microscope(upright) | 1 |
| | | pH meter | 4 |
| | | Purified water supply | 1 |
| | | Real time PCR machine | 1 |
| | | Refrigerator 4°C | 6 |
| | | Temperature controlled freezer | 1 |
| | | TOC analyzer | 1 |
| | | UV spectrophotometer | 1 |
| | | Vortex mixer | 5 |
| | | Water bath | 3 |
| | | Air Sampler | 51 |
| | | Hot Air Sterilizer | 1 |
| | | Cold Chamber | 4 |
| | | Sterility tester | 2 |
| | | Washing machine | 2 |
| | | Hydrothermograph | 2 |
| | | Luminometter | 1 |
| | | Safety cabinet | 2 |
| | | Particle counter | 6 |
| | | Hydrogen Peroxide Vapour | 2 |
| | | SUS wares for clean rooms | TBD |
| | | SUM_CTQO | 160 |

| | | | |
|---|---|---|---|
| | | TOTAL_CT | 624 |
| | | ultrasonic cleaner | 6 |
| | | dryer | 2 |
| | | electric drill | 5 |
| | | soldering iron | 5 |
| | | packaging machine | 2 |
| | | smoke absorber | 5 |
| | | UV hardening machine | 1 |
| | | DC power supply | 2 |
| | | bath machine | 2 |
| | | BGA rework | 1 |
| | | emulator | 2 |
| | | conveyor | 2 |
| | | burn in chamber | 1 |
| | | production JIG | 2 |
| | | work bench (CRS) | 4 |
| | | rack | 1 |
| | | Particle counter | 1 |
| | | Dispenser | 2 |
| | | Label printer | 1 |
| | | PW production equipment | 3 |
| | | etc. | 1 |
| | | mechanical | 1 |
| | | 3D printer | 1 |
| | | etc. | 1 |
| | | steam sterilization | 1 |
| | | filter assembly | 1 |
| | | SUS wares for clean rooms | TBD |
| | SUM_TAOPD | | 56 |
| | | leakage current tester | 2 |
| | | AC withstanding voltage hi tester | 1 |
| | | DC ampere meter | 2 |
| | | digital power meter | 2 |

| | | | |
|---|---|---|---|
| | | manometer | 15 |
| | | flower meter | 2 |
| | | oscilloscope | 2 |
| | | height gauge | 1 |
| | | vernier calipers | 2 |
| | | electronic scale(large) | 1 |
| | | electronic scale(small) | 2 |
| | | push-pull gauge | 1 |
| | | durometer | 1 |
| | | radiation thermometer | 2 |
| | | digital thermo hygrometer | 3 |
| | | sound lever meter | 1 |
| | | earthing tester | 1 |
| | | slidacs | 1 |
| | | digital hi tester | 4 |
| | | stop watch | 3 |
| | | Flow Gauge | 15 |
| | | etc. | 1 |
| | | UG NX6 | 1 |
| | | AUTOCAD | 1 |
| | | OR CAD | 1 |
| | | Solid Works | 1 |
| | | etc. | 1 |
| | | filter inspection | 1 |
| | | Dialyzer Machine | 1 |
| | | Potting System | 1 |
| | | Pump | 4 |
| | | PC (CAD and simulation) | 2 |
| | | PC (Data acquistion) | 4 |
| | | Printer | 4 |
| | | Spectra Max | 1 |
| | | Refrigerator 4°C | 2 |
| | | HEX | 2 |

|  |  | Infusion pump | 4 |
|---|---|---|---|
|  |  | Home-HD System #1 | 1 |
|  |  | Dialysate Regen System #1 | 1 |
|  |  | Adsorbent Spinner | 1 |
|  |  | Lab View System | 1 |
|  |  | Vacumm Pump | 1 |
|  |  | Flow Visulization System | 1 |
|  |  | SUS wares for clean rooms | 1 |
|  | SUM_TAORQ | | 103 |
|  | TOTAL_TAO | | 159 |
| Equipment Total | | | 783 |