# Exhibit 9


EB-5 immigration program sponsored by
U.S. Citizenship and Immigration Services


**Vermont LLC**
4850 Vt. Route 242 Jay, Vermont 05859-9404

Exhibit 9

# INVOICE

INVOICE NO: AnC 07012014
DATE: July 1, 2014

To: North East Contract Services, LLC
3460 Stallion Lane
Weston, FL 33331
ATT: William Kelly, President

Cc: Jay Peak Biomedical Research Park, LP
ATT: General Partner

| CONTRACT # / REFERENCE | REF. | SERVICES | TERMS |
|---|---|---|---|
| Offering Memorandum | 3, 4  2014 | Supervision/Developer Fees | Net Upon Receipt |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Gross Amount of Supervision Fees Transferred to NECS by JPBRP, LP | N/A | USD $1,040,000 |
| Retainage by NECS for Services Rendered to AnC Bio Vt, LLC & JPBRP, LP | | 328,640 |
| Net Amount of Supervision Fees To Be Wire Transferred to Sponsor/Developer | | $711,360 |

**Wire Transfer Instructions:**

ABA Transit Number: 021000021
Bank Name: J.P. Morgan Chase
Account Name: QResorts, Inc
Account Number: 559650622

| | | |
|---|---|---|
| | SUBTOTAL | $ 711,360.00 |
| | TOTAL DUE | $ 711,360.00 |



# One Time Wire Transfer – Request Transmit Confirmation

The wire transfer request below has been submitted. To check the status of this transacation, go to Wire History. The template created with the transfer request has been created successfully.
The balances shown below are recorded at the time of the request.

## Schedule Information

| | |
|---|---|
| Confirmation: | 2258069957 |
| Approval status: | 1 of 1 received |
| Transmitted: | 07/16/2014 03:25:32 PM (ET) |
| Transmitted by: | POW2ER |

## Debit Information

| | |
|---|---|
| Template name: | Sponsor JPM |
| Account: | North East Contract Services - *0221 - Checking - $733,368.73 (Balance as of: 07/16/2014 03:18:30 PM (ET) Not a guarantee of available funds.) |
| Wire type: | Domestic wire |
| Security code: | |
| Send on date: | 07/16/2014 |
| Amount: | $711,360.00 |
| Currency: | USD |

## Recipient Information

| | |
|---|---|
| Bank ID type: | ABA |
| Bank ID: | 021000021 |
| Recipient account: (If appropriate enter the IBAN) | 559650622 |
| Bank name: | JPMORGAN CHASE BANK, NA |
| Bank address 1: | NEW YORK |
| Bank address 2: | NY |
| Bank address 3: | |
| Recipient name: | Ariel Quiros |
| Recipient address 1: | 111 NE 1st Street |
| Recipient address 2: | Miami, FL 33132 |
| Recipient address 3: | |
| Additional information for recipient: | |

## First Intermediary Information

| | |
|---|---|
| Bank ID type: | |
| Bank ID: | |

Intermediary account: (If appropriate enter the IBAN)
Bank name:
Bank address 1:
Bank address 2:
Bank address 3:

## Second Intermediary Information

Bank ID type:
Bank ID:
Intermediary account: (If appropriate enter the IBAN)
Bank name:
Bank address 1:
Bank address 2:
Bank address 3:

## Wire Initiator Information

| | |
|---|---|
| Wire initiator name: | NORTH EAST CONTRACT SERVICES LLC |
| Wire initiator address 1: | 172 BOGNER DR |
| Wire initiator address 2: | NEWPORT, VT 05855 |
| Wire initiator address 3: | |

Exhibit 10

# Congress of the United States
Washington, DC 20515


RECEIVED NOV 1 3 2012

November 6, 2012

Mr. Paul Piquado
Assistant Secretary for Import Administration
United States Department of Commerce
International Trade Administration
14th Street and Constitution Avenue, NW
Washington, DC 20230

Dear Assistant Secretary Piquado:

As you consider the Northeastern Vermont Development Association's (NVDA) Foreign Trade Zone (FTZ) application (Docket 25-2012), we wanted to bring your attention to the importance this FTZ designation has in an economic development renaissance underway in the region.

NVDA has proposed to create an FTZ in Caledonia, Essex, and Orleans Counties using the Foreign Trade Zones Board alternative site framework. This region, known as Vermont's Northeast Kingdom, has long struggled with low employment and high poverty. As with much of rural America, the region has been hard hit by the globalization of the manufacturing economy. The region has struggled to redefine itself following the decline of the timber industry which led to the closing of paper mills, logging operations, and wood products manufacturing facilities that once employed thousands across the three counties.

Recently, an influx of investment in the region's tourism and manufacturing sectors, made possible by the federal EB-5 investor visa program, has opened a path to economic prosperity. In September we joined local, regional, and state leaders to announce that a South Korean biomedical manufacturer and a German window manufacturer planned to open facilities in the Northeast Kingdom in the coming years. We anticipate the FTZ designation will strengthen these two companies, attract other manufacturers in similar fields, and help existing manufacturers grow.

This designation is a critical component of a multi-faceted economic development effort. The region is upgrading its broadband network, bolstering ties to the Canadian economy, investing in its airport, and expanding workforce development opportunities. A timely favorable consideration of this designation is critical to the successful renaissance we are pursuing

Should you have any questions concerning our support for this designation, please contract Ted Brady in Senator Leahy's office at (802) 863-2512; Jeff Munger in Senator Sanders' Office at (802) 862-0697; or Megan Sullivan in Congressman Welch's Office at (802) 652-2450.

Sincerely,

PATRICK LEAHY
United States Senator

BERNIE SANDERS
United States Senator

PETER WELCH
United States Representative

cc: Mr. Andrew McGilvray, Executive Secretary, Foreign Trade Zones Board
Ms. Kathleen Boyce, Foreign Trade Zone Staff, Eastern Region