# EXHIBIT 4f

# strouse&BONDpllc

## Strouse & Bond PLLC

2 Church Street, Ste 3A
Burlington, VT 05401

# INVOICE

Invoice # 590
Date: 06/01/2017
Due On: 07/01/2017

Mr. Michael Goldberg

## 00089-Goldberg

## Contract review

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 05/10/2017 | Close review of Jay Park Recreation Center contract documents, e-mail to client discussing issues to address with DEW. | 2.60 | $200.00 | $520.00 |
| Service | 05/11/2017 | Meeting with DEW in-house counsel to discuss proposed changes to Jay Peak Recreation Center contract, drafted proposed revision to language addressing adjustments to Construction Manager's Fee, e-mailed client discussing substance of conversation. | 0.60 | $200.00 | $120.00 |
| Service | 05/12/2017 | Reviewed Stateside Cottages change order and supporting documentation, forwarded comments to client and Attorney Moreau. | 0.50 | $200.00 | $100.00 |
| Service | 05/16/2017 | Final review and approval of contract documents for Jay Peak recreation center. | 0.40 | $200.00 | $80.00 |
| Service | 05/31/2017 | Reviewed Huntington Homes construction contract and escrow agreement, e-mail to client providing comments on same. | 1.90 | $200.00 | $380.00 |

|  |  |  | **Total** |  | **$1,200.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 590 | 07/01/2017 | $1,200.00 | $0.00 | $1,200.00 |
| | | | Outstanding Balance | **$1,200.00** |
| | | | Total Amount Outstanding | **$1,200.00** |

Please make all amounts payable to: Strouse & Bond PLLC

Please pay within 30 days.