## DECLARATION OF MICHAEL I. GOLDBERG, ESQ.

Pursuant to 28 U.S.C. Section 1746, the undersigned states under penalty of perjury as follows:

1.  My name is Michael I. Goldberg. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  On April 13, 2016, I was appointed as Receiver by the Hon. Darrin Gayles in the case of SEC v. Jay Peak, Inc., Case No. 16-CV-21301-GAYLES, in the Southern District of Florida. The receivership included the 15 corporate entities that are Defendants in this case, as well as the four Relief Defendants (collectively "the Receivership Entities").

3.  I have reviewed the Response In Opposition To Plaintiff's Motion To Strike Defendant Ariel Quiros's Second And Third Affirmative Defenses From Second Amended Answer (DE 364). In Footnote 4 on Page 5 of the Response, Quiros states: "While Mr. Quiros is not prepared to name all third parties at this time, he continues to investigate potential third-party actions and to assist the Receiver in building a case against third parties." Furthermore, on Page 9 of the Response, Quiros refers to "ongoing cooperation with the SEC and the Receiver."

4.  Both statements are false. Since the outset of this case, Quiros has not assisted and is not currently assisting the Receiver or the Receivership Entities in building any case against third parties. Furthermore, while Quiros recently turned over three properties to the Receivership under an agreed Court order that allowed him to receive attorneys' fees from frozen funds, Quiros has not otherwise cooperated with the Receiver or the Receivership Entities. I know of no basis for Quiros to make either of those statements.

5.  The Receiver has a lawsuit pending against Quiros that was stayed pending this Court's approval of the Raymond James settlement. The Receiver anticipates moving to lift the


EXHIBIT A

stay in that lawsuit and continuing to prosecute it against Quiros.

_____
Michael I. Goldberg

Executed on this 17TH day of July 2017.