UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-21301-GAYLES

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**ARIEL QUIROS,**
**WILLIAM STENGER,**
**JAY PEAK, INC.,**
**Q RESORTS, INC.,**
**JAY PEAK HOTEL SUITES L.P.,**
**JAY PEAK HOTEL SUITES PHASE II. L.P.,**
**JAY PEAK MANAGEMENT, INC.,**
**JAY PEAK PENTHOUSE SUITES, L.P.,**
**JAY PEAK GP SERVICES, INC.,**
**JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,**
**JAY PEAK GP SERVICES GOLF, INC.,**
**JAY PEAK LODGE AND TOWNHOUSES L.P.,**
**JAY PEAK GP SERVICES LODGE, INC.,**
**JAY PEAK HOTEL SUITES STATESIDE L.P.,**
**JAY PEAK GP SERVICES STATESIDE, INC.,**
**JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,**
**AnC BIO VERMONT GP SERVICES, LLC,**

    Defendants, and

**JAY CONSTRUCTION MANAGEMENT, INC.,**
**GSI OF DADE COUNTY, INC.,**
**NORTH EAST CONTRACT SERVICES, INC.,**
**Q BURKE MOUNTAIN RESORT, LLC,**

    Relief Defendants.

**Q BURKE MOUNTAIN RESORT, HOTEL**
**AND CONFERENCE CENTER, L.P.**
**Q BURKE MOUNTAIN RESORT GP SERVICES, LLC[1]**
**AnC BIO VT, LLC,[2]**

    Additional Receivership Defendants
_____/

---

[1] *See* Order Granting Receiver's Motion to Expand Receivership dated April 22, 2016 [ECF No. 60].

[2] *See* Order Granting Receiver's Motion for Entry of an Order Clarifying that AnC Bio VT, LLC is included in the Receivership or in the Alternative to Expand the Receivership to include AnC Bio VT, LLC, *Nunc Pro Tunc,* dated September 7, 2018 [ECF No. 493].

52951995;1

**JOINT MOTION FOR ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENFORCE ITS ORDERS BY INJUNCTION AND WHY SAINT-SAUVEUR VALLEY RESORTS, INC., LOUIS DUFOUR, LOUIS HEBERT, DAVID POCIUS, AND LAURENCE MAY SHOULD NOT BE HELD IN CONTEMPT FOR THEIR INTENTIONAL AND WILLFUL VIOLATIONS OF THREE COURT ORDERS AND THE *BARTON* DOCTRINE**

Michael I. Goldberg, in his capacity as receiver of Jay Peak, Inc. and related entities, Raymond James & Associates, Inc., Raymond James Financial, Inc., and Ariel Quiros, respectfully move this Court for an Order to show cause why Saint-Sauveur Valley Resorts, Inc., Louis DuFour, Louis Hebert, David Pocius, and Laurence May (collectively, the "SSVR Parties") should not be held in contempt of Court for intentionally violating multiple orders entered by this Court.

For reasons set forth more fully in the *Memorandum Of Law In Support Of Motion To Enforce Settlements, For Order To Show Cause Why The Court Should Not Enforce Its Orders By Injunction And Why Saint-Sauveur Valley Resorts, Inc., Louis Defour, Louis Hebert, David Pocius, And Lawrence May Should Not Be Held In Contempt For Their Intentional And Willful Violations Of Three Court Orders And The Barton Doctrine* filed contemporaneous herewith, the Court should issue an order to show cause why 1) the Court should not enforce the settlements memorialized in the Raymond James and Quiros Bar Orders by enjoining prosecution of the Vermont claims (and any similar claims) and requiring dismissal of such claims, and 2) the SSVR Parties should not be held in contempt for their willful and intentional violation of the Court's orders, sanctioned for each day they continue to violate the Court's orders, and sanctioned jointly and severally in the amount of legal fees each of the Movants has incurred due to their contemptuous conduct.

CASE NO.:  16-cv-21301-GAYLES

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that they have conferred with the SSVR Parties in an effort to resolve the issues raised in this Motion by agreement and have been unable to do so.  Those efforts include speaking with David Pocius and sending multiple letters to the SSVR Parties requesting they dismiss their Third Party Complaint and Counterclaim.  However, the SSVR Parties have refused to dismiss the Third Party Complaint and Counterclaim or otherwise agree to a resolution without the need for the filing of the instant Motion and Memorandum.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Movants respectfully request that this Court issue an order to show cause why 1) the Court should not enforce the settlements memorialized in the Raymond James and Quiros Bar Orders by enjoining prosecution of the Vermont claims (and any similar claims) and requiring dismissal of such claims, and 2) the SSVR Parties should not be held in contempt for their willful and intentional violation of the Court's orders, sanctioned for each day they continue to violate the Court's orders, and sanctioned jointly and severally in the amount of legal fees each of the Movants has incurred due to their contemptuous conduct, and grant Movants such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: */s/ Naim S. Surgeon*
Naim S. Surgeon, Esq.
Florida Bar No. 101682
Email: naim.surgeon@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 SE 7th St., Ste. 1100
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 349-4654
*Counsel for Receiver*

CASE NO.: 16-cv-21301-GAYLES

Jeffrey C. Schneider, Esq.
email: jcs@lklsg.com
LEVINE KELLOGG LEHMAN
  SCHNEIDER + GROSSMAN
Miami Center, 22nd Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 403-8788
*Co-Counsel for Receiver*

Stanley Howard Wakshlag, Esq.
Email: swakshlag@knpa.com
Deborah Corbishley, Esq.
Email: dsc@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131-4327
Telephone: (305) 373-1000
*Counsel for Raymond James & Associates Inc
 and Raymond James Financial, Inc.*

Melissa Damian Visconti, Esquire
Email: mdamian@dvllp.com
**DAMIAN & VALORI LLP**
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
*Counsel for Ariel Quiros*

CASE NO.: 16-cv-21301-GAYLES

## CERTIFICATE OF SERVICE

I HEREBY certify the that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF this 1st day of May, 2020. I also certify that the foregoing document is being served via email on all counsel identified on the Service List below to the extent that such individuals are not eligible to receive this Court's Notice of Electronic Filing generated by CM/ECF.

*/s Naim S. Surgeon*
Attorney

## SERVICE LIST

**1:16-cv-21301-DPG Notice will be electronically mailed via CM/ECF to the following:**

**Robert K. Levenson, Esq.**
Senior Trial Counsel
Email: levensonr@sec.gov
almontei@sec.gov, gonzalezlm@sec.gov, jacqmeinv@sec.gov
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:     (305) 536-4154
*Attorneys for Plaintiff*

**Christopher E. Martin, Esq.**
Senior Trial Counsel
Email: martinc@sec.gov
almontei@sec.gov, benitez-perelladaj@sec.gov
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:     (305) 536-4154
*Attorneys for Plaintiff*

**Roberto Martinez, Esq.**
Email: bob@colson.com
**Stephanie A. Casey, Esq.**
Email: scasey@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Attorneys for William Stenger*

**Jeffrey C. Schneider, Esq.**
Email: jcs@lklsg.com
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN**
Miami Center, 22nd Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 403-8788
*Co-Counsel for Receiver*

| | |
|---|---|
| **Jonathan S. Robbins, Esq.**<br>jonathan.robbins@akerman.com<br>**AKERMAN LLP**<br>350 E. Las Olas Blvd., Suite 1600<br>Ft. Lauderdale, Florida 33301<br>Telephone:  (954) 463-2700<br>Facsimile:    (954) 463-2224<br>*Attorney for Receiver* | **Naim Surgeon, Esq.**<br>naim.surgeon@akerman.com<br>**AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida  33131<br>Telephone: (305) 374-5600<br>Facsimile:  (305) 349-4654<br>*Attorney for Receiver* |
| **David B. Gordon, Esq.**<br>Email: dbg@msk.com<br>**MITCHELL SILBERBERG & KNOPP, LLP**<br>12 East 49th Street – 30th Floor<br>New York, New York 10017<br>Telephone: (212) 509-3900<br>*Co-Counsel for Ariel Quiros* | **Jean Pierre Nogues, Esq.**<br>Email:  jpn@msk.com<br>**Mark T. Hiraide, Esq.**<br>Email: mth@msk.com<br>**MITCHELL SILBERBERG & KNOPP, LLP**<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064-1683<br>Telephone (310) 312-2000<br>*Co-Counsel for Ariel Quiros* |
| **Mark P. Schnapp, Esq.**<br>Email: schnapp@gtlaw.com<br>**Mark D. Bloom, Esq.**<br>Email: bloomm@gtlaw.com<br>**Danielle N. Garno, Esq**.<br>E-Mail: garnod@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>333 SE 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>*Attorneys for Citibank* | **J. Ben Vitale, Esq.**<br>Email: bvitale@gurleyvitale.com<br>**David E. Gurley, Esq.**<br>Email: dgurley@gurleyvitale.com<br>**GURLEY VITALE**<br>601 S. Osprey Avenue<br>Sarasota, Florida 32436<br>Telephone: (941) 365-4501<br>*Attorneys for Blanc & Bailey Construction, Inc.* |
| **Stanley Howard Wakshlag, Esq.**<br>Email: swakshlag@knpa.com<br>**KENNY NACHWALTER, P.A.**<br>Four Seasons Tower<br>1441 Brickell Avenue<br>Suite 1100<br>Miami, FL 33131-4327<br>Telephone: (305) 373-1000<br>*Attorneys for Raymond James & Associates Inc.* | **Melissa Damian Visconti, Esquire**<br>Email: mdamian@dvllp.com<br>**DAMIAN & VALORI LLP**<br>1000 Brickell Avenue, Suite 1020<br>Miami, Florida 33131<br>Telephone: 305-371-3960<br>Facsimile: 305-371-3965<br>*Attorneys for Ariel Quiros* |

CASE NO.: 16-cv-21301-GAYLES

| | |
|---|---|
| David Pocius, Esq.<br>Daniel Long, Esq.<br>**Paul Frank + Collins P.C.**<br>P.O. Box 1307<br>Burlington, VT  05402<br>Email: dpocius@pfclaw.com<br>Email: dlong@pfclaw.com | Laurence May, Esq.<br>**Eiseman Levine Lehrhaupt & Kakoyiannis P.C.**<br>850 Third Avenue<br>New York, NY 10022<br>Email: lmay@eisemanlevine.com |

52951995;1