**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-cv-21301-GAYLES**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ARIEL QUIROS,
WILLIAM STENGER,
JAY PEAK, INC.,
Q RESORTS, INC.,
JAY PEAK HOTEL SUITES L.P.,
JAY PEAK HOTEL SUITES PHASE II. L.P.,
JAY PEAK MANAGEMENT, INC.,
JAY PEAK PENTHOUSE SUITES, L.P.,
JAY PEAK GP SERVICES, INC.,
JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,
JAY PEAK GP SERVICES GOLF, INC.,
JAY PEAK LODGE AND TOWNHOUSES L.P.,
JAY PEAK GP SERVICES LODGE, INC.,
JAY PEAK HOTEL SUITES STATESIDE L.P.,
JAY PEAK GP SERVICES STATESIDE, INC.,
JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,
AnC BIO VERMONT GP SERVICES, LLC,

Defendants,

JAY CONSTRUCTION MANAGEMENT, INC.,
GSI OF DADE COUNTY, INC.,
NORTH EAST CONTRACT SERVICES, INC.,
Q BURKE MOUNTAIN RESORT, LLC,

Relief Defendants, and

Q BURKE MOUNTAIN RESORT, HOTEL AND
CONFERENCE CENTER, L.P.,
Q BURKE MOUNTAIN RESORT GP SERVICES, LLC

Additional Defendants

_____/

Case No. 16-cv-21301-GAYLES

## AMENDED APPLICATION FOR ATTORNEYS' FEES

Cheffy Passidomo, P.A., Hanley Law and Barr Law Group, as counsel for Plaintiffs, in the case styled <u>Cason, et al. v. Edward J. Carroll, Esq. and Mark H. Scribner, Esq.</u>, Case No. 2:18-CV-40 (the "Cason Action"), hereby file this Application for Attorneys' Fees for distribution, and state:

1.  That the law firms of Cheffy Passidomo, Hanley Law and Barr Law Group are counsel for the Plaintiffs in the Cason Action pending in Vermont, Case No. 2:18-cv-40.

2.  The original Complaint was filed on February 8, 2018 and an Amended Complaint was filed on August 8, 2019. Plaintiffs were represented by three law firms including Cheffy Passidomo, Hanley Law and Barr Law Group. The attorneys included:

    (a) <u>Barr Law Group</u>

    1. Russ Barr, Esq.
    2. Chandler Matson, Esq.
    3. Aaron Morris, Esq.

    (b) <u>Hanley Law</u>

    Sara Hanley, Esq.

    (c) <u>Cheffy Passidomo, P. A</u>.

    Louis D. D'Agostino, Esq.

3.  That Plaintiffs totaled 25 investors at Jay Peak who previously retained the law firm of Carroll & Scribner. During the course of this representation in claims against Carroll and Scribner, Plaintiffs' counsel participated in depositions of the majority of the Cason Plaintiffs which some required in part extensive travel, as well as the depositions of Carroll and Scribner. Plaintiffs also retained three experts. One expert, Richard Heaps

was deposed by Defendants' counsel in Naples, Florida. In addition to these depositions there was substantial written discovery, including document production and interrogatories. There was also substantial motion practice in this case. Plaintiffs' counsel participated in two mediations. The Plaintiffs entered into this Settlement Agreement which was preliminarily approved by this Court on January 5, 2021.

4. That in accordance with the terms of paragraph 7 of the Settlement Agreement, an agreed attorneys' fund in the amount of $2,450,000 was established to pay for all attorneys' fees and costs incurred by the law firms representing the Plaintiffs.

5. This application is submitted pursuant to paragraph 7(b) of the Settlement Agreement approved by this Court for the attorneys' fees totaling $2,450,000.

6. Attorneys' fees for Plaintiffs' counsels' hourly fees to date and the rate of the contingency fee agreements between Plaintiffs and Plaintiffs' counsel in this case both exceed the total attorneys' fees fund provided for by the Settlement Agreement.

7. Pursuant to paragraph 7(i), Plaintiffs forwarded a letter dated January 7, 2021 to the Receiver's counsel advising counsel of the attorneys' agreement on the allocation and distribution of the attorneys' fund. A true and correct copy of the letter to attorney Jeff Schneider, including a copy of the written agreement and allocation of attorneys' fees is attached as Exhibit "1."

8. This application for attorneys' fees is submitted in compliance with the terms of the Settlement Agreement entered into between all parties, and with the terms of the Order entered by this Court preliminarily approving the Settlement Agreement.

**WHEREFORE**, counsel for Plaintiffs in the case styled, <u>Cason et al. v. Edward Carroll, Esq. and Mark Scribner, Esq.</u>, United States District Court for the District of

Case No. 16-cv-21301-GAYLES

Vermont Case No. 2:18-cv-40, hereby provide notice of its compliance with the terms of the Settlement Agreement, and submits this application for an award of attorneys' fees, and hereby request that the Receiver, on final approval of this Settlement Agreement, comply with the provisions of the Settlement Agreement and distribute the attorneys' fees in accordance with the agreement on allocation of attorneys' fees.

Dated this 19th day of February 2021.

BARR LAW GROUP

By: _____
Russell D. Barr, Esq.
125 Mountain Road
Stowe, VT 05672
Telephone: 802-253-6272
Facsimile: 802-253-6055
russ@barrlaw.com
chandler@barrlaw.com

CHEFFY PASSIDOMO

By: _____
Louis D. D'Agostino
821 Fifth Avenue South
Naples, Florida 34102
Telephone: 239-261-9300
lddagostino@napleslaw.com

HANLEY LAW

By: _____
Sara E. Hanley
365 Fifth Avenue S. Ste 202
Naples, FL 34102
Telephone: 239-649-0050
hanley@finralawyer.org

Case No. 16-cv-21301-GAYLES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 19th, 2021 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case as indicated on the attached Service List.

_____
Louis D. D'Agostino, Esq.



EXHIBIT 1

*Celebrating 25 Years*
# CHEFFY PASSIDOMO
ATTORNEYS AT LAW

EDWARD K. CHEFFY
  Board Certified Civil Trial Lawyer
  Board Certified Business Litigation Lawyer
JOHN M. PASSIDOMO
  Board Certified Real Estate Lawyer
LOUIS D. D'AGOSTINO
  Board Certified Appellate Practice Lawyer
DAVID A. ZULIAN
  Board Certified Construction Lawyer
CLAY C. BROOKER
  Board Certified City, County and
  Local Government Lawyer

821 Fifth Avenue South
Naples, Florida 34102
Telephone: (239) 261-9300
www.napleslaw.com

WILLIAM J. DEMPSEY
  Board Certified Real Estate Lawyer
DEBBIE SINES CROCKETT
RACHAEL S. LOUKONEN
  Board Certified Business Litigation Lawyer
BRIAN J. THANASIU
  Board Certified Real Estate Lawyer
KIMBERLY D. SWANSON
CHRISTOPHER R. HEFLIN

Of Counsel:
GEORGE L. VARNADOE

January 7, 2021

**Via Email to** jcs@lklsg.com
Jeffrey C. Schneider, Esq.
Levine Kellogg Lehman Schneider &
Grossman, LLP
201 South Biscayne Boulevard
22nd Floor, Citigroup Center
Miami, FL 33131-4338

      Re:    <u>SEC v. Quiros, et al.</u>, United States Southern District of Florida, Case No. 16-cv-21301-Gayles

           <u>Sandra Cason et al v. Edward Carroll, Esq. and Mark Scribner, Esq.</u> United States District Court for the District of Vermont, Case No. 2:18-cv-40

Dear Jeff:

    Pursuant to paragraph 6 of the Preliminary Order entered by Judge Darrin P. Gayles of the United States District Judge of the Southern District, and paragraph 7(b) of the Settlement Agreement, this letter is notification to you as attorney for the Receiver, Michael Goldberg that the attorneys representing the Cason Plaintiffs have agreed on the allocation of the attorney's fees fund in the amount of $2,450,000. This agreed allocation includes:

| | |
|---|---|
| Total Attorney's Fee Fund: | $2,450,000.00 |
| a. Barr Law Group<br>    Attention: Russ Barr: | $1,470,000.00 |
| b. Cheffy Passidomo, P.A.<br>    Attention: Louis D. D'Agostino | $ 490,000.00 |
| c. Hanley Law<br>    Attention: Sara Hanley | $ 490,000.00 |

Jeffrey C. Schneider, Esq.
January 7, 2021
Page 2

    All counsel have agreed to this allocation. We will forward copies of each firm's wiring instructions for these disbursements.

    Please let us know if you should require any further information on this proposed allocation as required under the settlement agreement and the preliminary order.

Sincerely,

CHEFFY PASSIDOMO, P.A.

Louis D. D'Agostino, Esq.
For the Firm

LDD:bmd
Enclosures
cc:  Russell Barr, Esq.
     Sara Hanley, Esq.
     Chandler Matson, Esq.

## Agreement on Allocation of Attorney's Fees

Barr Law Group, Cheffy Passidomo, P.A., and Hanley Law are counsel for the Cason Plaintiffs in the litigation styled Cason, et al. v. Edward Carroll, Esq. and Mark Scribner, Esq., Case No. 2:18-cv-40, United States District Court for the District of Vermont. All counsel have agreed to the allocation of disbursement of attorney's fees in the amount of $2,450,000.00 as follows:

a. Barr Law Group              $1,470,000.00

b. Cheffy Passidomo, P.A.      $ 490,000.00

c. Hanley Law                  $ 490,000.00

**BARR LAW GROUP**

By: _____
    Russell D. Barr, Esq.

Date: 1/7/2021

**CHEFFY PASSIDOMO, P.A.**

By: _____
    Louis D. D'Agostino, Esq.

Date: 1/6/2021

**HANLEY LAW**

By: _____
    Sara Hanley, Esq.

Date: 1/6/2021