UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21301-GAYLES/LOUIS

**SECURITIES AND EXCHANGE COMMISSION**,

 Plaintiff,

v.

**ARIEL QUIROS,
WILLIAM STENGER,
JAY PEAK, INC.,
Q RESORTS, INC.,
JAY PEAK HOTEL SUITES L.P.,
JAY PEAK HOTEL SUITES PHASE II L.P.,
JAY PEAK MANAGEMENT, INC.,
JAY PEAK PENTHOUSE SUITES, L.P.,
JAY PEAK GP SERVICES, INC.,
JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,
JAY PEAK GP SERVICES GOLF, INC.,
JAY PEAK LODGE AND TOWNHOUSES L.P.,
JAY PEAK GP SERVICES LODGE, INC.,
JAY PEAK HOTEL SUITES STATESIDE L.P.,
JAY PEAK GP SERVICES STATESIDE, INC.,
JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,
ANC BIO VERMONT GP SERVICES, LLC**,

 Defendants,

**JAY CONSTRUCTION MANAGEMENT, INC.,
GSI OF DADE COUNTY, INC.,
NORTH EAST CONTRACT SERVICES, INC.,
Q BURKE MOUNTAIN RESORT, LLC**,

 Relief Defendants, and

**Q BURKE MOUNTAIN RESORT, HOTEL AND
CONFERENCE CENTER, L.P.,
Q BURKE MOUNTAIN RESORT GP SERVICES, LLC**,

 Additional Defendants.
_____/

**ORDER APPROVING ATTORNEYS' FEE REQUEST**

**THIS CAUSE** comes before the Court on the request for a contingency fee contained in Michael I. Goldberg's, as the Court-appointed receiver (the "Receiver"), Motion for (i) Approval of Settlement among Receiver, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and the State of Vermont Department of Financial Regulation; (ii) Approval of Form, Content, and Manner of Notice of Settlement and Bar Order; (iii) Entry of Bar Order; and (iv) Scheduling a Hearing; with Incorporated Memorandum of Law (the "Motion") [ECF No. 710]. No objections were timely filed to the Motion or the fee request contained therein. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. The fee request contained in the Motion is **APPROVED** as set forth therein.

2. Upon receipt of the settlement funds, the Receiver is authorized to disburse the fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE