**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  16-cv-21301-GAYLES**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ARIEL QUIROS,
WILLIAM STENGER,
JAY PEAK, INC.,
Q RESORTS, INC.,
JAY PEAK HOTEL SUITES L.P.,
JAY PEAK HOTEL SUITES PHASE II. L.P.,
JAY PEAK MANAGEMENT, INC.,
JAY PEAK PENTHOUSE SUITES, L.P.,
JAY PEAK GP SERVICES, INC.,
JAY PEAK GOLF AND MOUNTAIN SUITES L.P.,
JAY PEAK GP SERVICES GOLF, INC.,
JAY PEAK LODGE AND TOWNHOUSES L.P.,
JAY PEAK GP SERVICES LODGE, INC.,
JAY PEAK HOTEL SUITES STATESIDE L.P.,
JAY PEAK GP SERVICES STATESIDE, INC.,
JAY PEAK BIOMEDICAL RESEARCH PARK L.P.,
AnC BIO VERMONT GP SERVICES, LLC,

      Defendants, and

JAY CONSTRUCTION MANAGEMENT, INC.,
GSI OF DADE COUNTY, INC.,
NORTH EAST CONTRACT SERVICES, INC.,
Q BURKE MOUNTAIN RESORT, LLC,

      Relief Defendants.

Q BURKE MOUNTAIN RESORT, HOTEL
AND CONFERENCE CENTER, L.P.
Q BURKE MOUNTAIN RESORT GP SERVICES, LLC[1],
AnC BIO VT, LLC,[2]

      Additional Receivership Defendants.
_____/

---

[1] *See* Order Granting Receiver's Motion to Expand Receivership dated April 22, 2016 [ECF No. 60].

[2] *See* Order Granting Receiver's Motion for Entry of an Order Clarifying that AnC Bio VT, LLC is included in the Receivership or in the Alternative to Expand the Receivership to include AnC Bio VT, LLC, *Nunc Pro Tunc* dated September 7, 2018 [ECF No. 493].

**ORDER GRANTING RECEIVER'S MOTION FOR
AUTHORIZATION TO SELL 1.31 ACRES OF LAND
(LOCATED AT US ROUTE 5 & VT ROUTE 105)**

THIS CAUSE came before the Court upon the Receiver's Motion for Authorization to Sell 1.31 Acres of Land (Located at US Route 5 & VT Route 105) (the "Motion"), [ECF No. 789], filed by the Court-appointed receiver, Michael I. Goldberg (the "Receiver"). The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED.**

2.      The Receiver is authorized to sell the receivership estate's rights, title, and interest in and to the 1.31 acres of land located at US Route 5 & VT Route 105, in the City of Newport, Vermont (the "Property") by private sale to the Northeastern Vermont Development Association, Inc. "As Is" for $1,100,000, pursuant to the Purchase and Sale Agreement, (the "Purchase Agreement"). A copy of the Purchase Agreement is attached to the Motion as Composite Exhibit A.

3.      The Receiver is further authorized to execute any documents and take any actions reasonably necessary to consummate the transactions contemplated therein.

4.      Upon receipt of the consideration set forth in the Purchase Agreement, and delivery of any documents called for in the Purchase Agreement by the Receiver, the sale shall stand as confirmed, without further Order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2